1  Jack Silver, Esq. SBN 160575
2  Jerry Bernhaut, Esq. SBN 206264
   Law Office of Jack Silver
3  Post Office Box 5469
   Santa Rosa, CA 95402-5469
4  Tel.   (707) 528-8175
   Fax.   (707) 528-8675
5  lhm28843@sbcglobal.net

6  Attorneys for Plaintiff
   NORTHERN CALIFORNIA RIVER WATCH
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12 NORTHERN CALIFORNIA RIVER            CASE NO.   C07-05058 WHA
   WATCH, a non-profit corporation,
13                                      **PROOF OF SERVICE**

14              Plaintiff,
        v.
15
   WASTE MANAGEMENT, INC.,
16 ET AL

17              Defendants
                                    /
18

C07-05058 WHA - Proof of Service                                    1

## PROOF OF SERVICE

I am employed in the County of Sonoma, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 100 E Street, Suite 202, Santa Rosa, CA 95404. On October 4, 2007, I served the following described document(s):

**Complaint for Injunctive Relief, Civil Penalties, Restitution and Remediation [Clean Water Act 33 U.S.C. § 1251 et seq.]**

on the following parties by placing a true copy in a sealed envelope, addressed as follows:

Citizen Suit Coordinator
U.S. Dept. of Justice
Environmental & Natural Resource Division
Law and Policy Section
P.O. Box 4390
Ben Franklin Station
Washington, DC 20044-4390

Stephen L. Johnson, Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Mail Code 3213A
Washington, D.C. 20460

[X] (BY MAIL) I placed each such envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practices of Law Office of Jack Silver for processing of correspondence; said practice being that in the ordinary course of business, correspondence is deposited with the United States Postal Service the same day as it is placed for processing.

[ ] (BY FACSIMILE) I caused the above referenced document(s) to be transmitted by Facsimile machine (FAX) 707-528-8675 to the number indicated after the address(es) noted above.

[ ] (BY ELECTRONIC SERVICE) [FRCP Rule 5(b)(2)(a)]I caused a true and correct copy to be electronically mailed through my electronic mail system to the electronic mail addresses set forth on the attached Service List per agreement in accordance with FRCP Rule 5(b).

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on October 4, 2007 at Santa Rosa, California.

_____
WOJCIECH P. MAKOWSKI

C07-05058 WHA - Proof of Service                                                                                  2