John Lynn Smith (SBN 154657)
(E-Mail: jlsmith@reedsmith.com)
Eric M. McLaughlin (SBN 200867)
(E-Mail: emclaughlin@reedsmith.com)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone:   (415) 543-8700
Facsimile:   (415) 391-8269

Attorneys for Defendants WASTE MANAGEMENT, INC. and REDWOOD LANDFILL, INC.

Jack Silver (SBN 160575)
(E-Mail: lhm28843@sbcglobal.net)
Jerry Bernhaut (SBN 206264)
(E-Mail: lhm28843@sbcglobal.net)
LAW OFFICE OF JACK SILVER
P.O. Box 5469
Santa Rosa, CA 95402-5469
Telephone:   (707) 528-8175
Facsimile:   (707) 528-8675

Attorneys for Plaintiff NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WASTE MANAGEMENT INC., REDWOOD LANDFILL INC. and DOES 1-10, inclusive,<br><br>Defendants. | No.: C-07-5058 WHA<br><br>**STIPULATION OF DISMISSAL REGARDING DEFENDANT WASTE MANAGEMENT, INC.** |

The parties hereby stipulate that Defendant Waste Management, Inc. ("WMI") is dismissed, without prejudice, each party to bear its own fees and costs, in accordance with Federal Rule of Civil Procedure 41(a)(1).

Plaintiff's stipulation dismissing WMI from this action, without prejudice, is based on the following representations made by WMI and Plaintiff's reservation of the right to challenge the validity of these representations:

(1) Defendant Redwood Landfill, Inc. ("RLI") is an independent corporation registered with the California Secretary of State to conduct business within California;

(2) RLI owns and operates the Redwood Landfill facility located outside of Novato, California that is the subject of this litigation;

(3) WMI is not registered with the California Secretary of State to conduct business within California;

(4) Plaintiff's complaint includes no charging allegations against WMI and none of the remedies sought thereby are directed at WMI; and

///
///
///
///
///
///
///
///
///

10/31/2007 11:26  7079353560  THE UPS STORE 1743  PAGE 02/02
Case 3:07-cv-05058-WHA   Document 7   Filed 10/31/2007   Page 3 of 4

(5) A parent corporation is not ordinarily liable for the conduct of its subsidiary corporations absent proof of unity of interest, improper use of the corporate form or other grounds for piercing the corporate veil, none of which have been alleged in the complaint in this action.

DATED: October ___, 2007

LAW OFFICE OF JACK SILVER

By _____Jerry Bernhaut_____
   Jack Silver
   Jerry Bernhaut
   Attorneys for Plaintiff
   NORTHERN CALIFORNIA RIVER WATCH

DATED: October ___, 2007

REED SMITH LLP

By _____
   John Lynn Smith
   Eric M. McLaughlin
   Attorneys for Defendants WASTE
   MANAGEMENT, INC., and REDWOOD
   LANDFILL, INC.

No.: C-07-5058 WHA                                  — 3 —                              DOCSSIO-12495945.2
STIPULATION OF DISMISSAL REGARDING DEFENDANT WASTE MANAGEMENT, INC.

(5) A parent corporation is not ordinarily liable for the conduct of its subsidiary corporations absent proof of unity of interest, improper use of the corporate form or other grounds for piercing the corporate veil, none of which have been alleged in the complaint in this action.

DATED: October ___, 2007

LAW OFFICE OF JACK SILVER

By_____
Jack Silver
Jerry Bernhaut
Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

DATED: October 31, 2007

REED SMITH LLP

By_____
John Lynn Smith
Eric M. McLaughlin
Attorneys for Defendants WASTE MANAGEMENT, INC., and REDWOOD LANDFILL, INC.