1  John Lynn Smith (SBN 154657)
   (E-Mail: jlsmith@reedsmith.com)
2  Eric M. McLaughlin (SBN 200867)
   (E-Mail: emclaughlin@reedsmith.com)
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA 94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA 94120-7936

7  Telephone:    (415) 543-8700
   Facsimile:    (415) 391-8269
8
   Attorneys for REDWOOD LANDFILL, INC.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12 | NORTHERN CALIFORNIA RIVER WATCH, a | No.: C-07-5058 WHA
   | non-profit Corporation,
13 |                                    | **[PROPOSED] ORDER GRANTING**
   |             Plaintiff,             | **DEFENDANT REDWOOD LANDFILL**
14 |                                    | **INC.'S MOTION TO DISMISS**
   |     vs.
15 |                                    | Date:      December 20, 2007
   | WASTE MANAGEMENT INC., REDWOOD     | Time:      8:00 a.m.
16 | LANDFILL INC. and DOES 1-10, inclusive, | Place:  Courtroom 9, 19th Floor
   |                                    | Compl. Filed:  October 1, 2007
17 |             Defendants.            | Trial Date:    None Set
18
                                        Honorable William Alsup
19

20

21

22

23     Defendant Redwood Landfill, Inc.'s Motion for Order Dismissing the Complaint ("Motion")

24 came on regularly for hearing in this Court on December 20, 2007 at 8:00 a.m. Jack Silver and Jerry

25 Bernhaut of the Law Office of Jack Silver appeared on behalf of Plaintiff Northern California River

26 Watch. John Lynn Smith and Eric M. McLaughlin of Reed Smith LLP appeared on behalf of

27 Defendant Redwood Landfill, Inc.

28

No.: C-07-5058 WHA                       – 1 –                              DOCSSFO-12498707
           [PROPOSED] ORDER GRANTING REDWOOD LANDFILL INC.'S MOTION TO DISMISS

      Having considered the papers and evidence submitted by the parties and the arguments of counsel, the Court orders that the Motion is GRANTED and this action is DISMISSED.

Dated:_____

                                                  HONORABLE WILLIAM ALSUP
                                                U.S. DISTRICT COURT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware