1 | Jack Silver, Esquire SBN# 160575
Law Office of Jack Silver
2 | Jerry Bernhaut, Esquire SBN# 206264
Post Office Box 5469
3 | Santa Rosa, California 95402-5469
Telephone: (707) 528-8175
4 | Facsimile: (707) 528-8675
lhm28843@sbcglobal.net
5 |
Attorneys for Plaintiff
6 | Northern California River Watch

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | NORTHERN CALIFORNIA RIVER           CASE NO.  C07-05058 WHA
WATCH, a non-profit corporation,
12 |                                     [PROPOSED] ORDER DENYING MOTION
            Plaintiff,                  FOR AN ORDER DISMISSING THE
13 |    v.                              COMPLAINT

14 | WASTE MANAGEMENT INC.,
REDWOOD LANDFILL INC. and DOES       Date:    December 20, 2007
15 | 1-10, Inclusive,                    Time:    8:00 a.m.
                                        Ctrm:    9, 19th Floor
16 |        Defendants.                  Judge:   Hon. William H. Alsup

17 |                                     Complaint Filed: October 1, 2007
   _____/    _____
18

19     Defendant REDWOOD LANDFILL, INC.'s Motion For an Order Dismissing the Complaint

20 came on regularly for hearing on December 20, 2007.  Based upon the opposition papers filed by plaintiff

21 in connection with this Motion, the papers and records on file in this action, the arguments of counsel,

22 and good cause shown,

23     **IT IS HEREBY ORDERED,** that Defendant REDWOOD LANDFILL, INC.'s Motion for an

24 Order Dismissing Complaint is DENIED.

25
   DATED: _____     _____
26                                     HON. WILLIAM H. ALSUP
                                       JUDGE, U.S. DISTRICT COURT
27

28

C07-05058 WHA
[Proposed] Order Denying Motion for an Order Dismissing the Complaint