John Lynn Smith (SBN 154657)
(E-Mail: jlsmith@reedsmith.com)
Eric M. McLaughlin (SBN 200867)
(E-Mail: emclaughlin@reedsmith.com)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   (415) 543-8700
Facsimile:   (415) 391-8269

Attorneys for REDWOOD LANDFILL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WASTE MANAGEMENT INC., REDWOOD LANDFILL INC. and DOES 1-10, inclusive,<br><br>Defendants. | No.: C-07-5058 WHA<br><br>**DECLARATION OF MARK VERWIEL IN SUPPORT OF DEFENDANT REDWOOD LANDFILL, INC.'S REPLY**<br><br>Date:   December 20, 2007<br>Time:   8:00 a.m.<br>Place:  Courtroom 9, 19th Floor<br>Compl. Filed: October 1, 2007<br>Trial Date: None Set<br><br>Honorable William Alsup |

No.: C-07-5058 WHA    — 1 —    DOCSOAK-9894404-JMAING

DECLARATION OF MARK VERWIEL IN SUPPORT OF DEFENDANT REDWOOD LANDFILL, INC.'S REPLY

I, Mark Verwiel, declare as follows:

1. I am the Director of the Groundwater Protection Program at Waste Management. As the Director of the Groundwater Protection Program, I am responsible for ensuring that semiannual and annual groundwater monitoring tests are conducted at Redwood Landfill, Novato, California. I am also responsible for ensuring that the results of those monitoring tests are submitted to the California Regional Water Quality Control Board. I have personal knowledge of all matters stated herein and, if called as a witness, could and would testify competently thereto.

2. SCS Engineers, on behalf of Redwood Landfill, has conducted the following semiannual and annual groundwater monitoring tests at Redwood Landfill:

   a. Second Semiannual and Annual Groundwater Monitoring Report Period Ending December 31, 2005. A true and correct copy of this document is attached hereto as Exhibit 1.

   b. Second Semiannual and Annual Groundwater Monitoring Report Period Ending December 31, 2006. A true and correct copy of this document is attached hereto as Exhibit 2.

   c. First Semiannual Groundwater Monitoring Report Period Ending June 30, 2006. A true and correct copy of this document is attached hereto as Exhibit 3.

   d. Second Semiannual and Annual Groundwater Monitoring Report Period Ending December 31, 2004. A true and correct copy of this document is attached hereto as Exhibit 4.

   e. Resampling Results for Volatile Organic Compound Detection, First Semiannual 2006 Groundwater Monitoring, Redwood Landfill, Marin County, California. A true and correct copy of this document is attached hereto as <u>Exhibit 5</u>.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 6, 2007, at Novato, California.

                  _____
                   Mark Verwiel

No.: C-07-5058 WHA      – 3 –      DOCSOAK-9894404-JMAING

DECLARATION OF MARK VERWIEL IN SUPPORT OF DEFENDANT REDWOOD LANDFILL, INC.'S REPLY