**EXHIBIT 2 Part 1 of 2**

**NORTHERN CALIFORNIA RIVER WATCH v. WASTE MANAGEMENT, et al.**

**No. C-07-5058 WHA**

# SECOND SEMIANNUAL AND ANNUAL GROUNDWATER MONITORING REPORT PERIOD ENDING DECEMBER 31, 2006

**Redwood Landfill
County of Marin, California**

**Prepared For:**



**Waste Management
8950 Redwood Highway
Novato, California 94945**

**Prepared By:**

**SCS ENGINEERS**

**SCS Engineers
3900 Kilroy Airport Way, Suite 100
Long Beach, California 90806-6816
(562) 426-9544**

**January 2007
SCS File No. 01202208.00**

**SECOND SEMIANNUAL AND ANNUAL GROUNDWATER MONITORING REPORT PERIOD ENDING DECEMBER 31, 2006, REDWOOD LANDILL, COUNTY OF MARIN, CALIFORNIA DATED JANUARY 2007.**
*SCS Engineers Project No. 01202208.00*

For: Ashley P. Hutchens, R.E.A.
Project Scientist

Tina Quo Schmiesing, R.E.A.
Project Manager

Kenneth H. Lister, Ph.D., C.E.G., C.H.G.
Project Director

# TABLE OF CONTENTS

1.0  INTRODUCTION ........................................................................................ 4
   1.1  Scope and Purpose .........................................................................4
   1.2  Site Description and Background .....................................................4
   1.3  Hydrogeologic Setting .....................................................................4
2.0  FIELD PROGRAM, MONITORING RESULTS, AND DISCUSSION................... 6
   2.1  Well Network, Elevation Measurements and Gradient ....................6
      2.1.1  Well Network/Monitoring Frequency.................................6
      2.1.2  Groundwater Elevation Measurements ...........................6
      2.1.3  Groundwater Gradient .....................................................7
   2.2  Field Program ..................................................................................7
      2.2.1  Laboratory Analysis and Monitoring Parameters............8
   2.3  Groundwater Analytical Laboratory Results....................................8
   2.4  Leachate Monitoring Wells Results .................................................9
   2.5  Leachate Collection System Pond Sample Results.........................9
3.0  LABORATORY QUALITY ASSURANCE AND QUALITY CONTROL FOR
GROUNDWATER SAMPLES............................................................................ 11
   3.1  Trip Blanks and Field Blanks .........................................................11
   3.2  Temperatures, Holding Times, and Sample Conditions .................11
   3.3  Sample Surrogate Recoveries .......................................................11
   3.4  Method Blanks................................................................................11
   3.5  Laboratory Control Spikes .............................................................11
   3.6  Initial Calibration, Continuing Calibration, and Internal Machine Standards ..12
   3.7  Duplicates ......................................................................................12
4.0  EVALUATION OF GROUNDWATER ANALYTICAL RESULTS ...................... 13
   4.1  Inorganic Results and Statistical Analysis .....................................13
   4.2  Organic Results ..............................................................................13
5.0  WASTE DISPOSAL INFORMATION ............................................................. 15
   5.1  Waste Disposal Volumes................................................................15
   5.2  Standard Observations...................................................................15
   5.3  Leachate Monitoring/Control Facilities...........................................16
   5.4  Electronic Submittal .......................................................................17
   5.5  Compliance Record ........................................................................17
6.0  CONCLUSIONS............................................................................................ 18
7.0  REFERENCES.............................................................................................. 19

## LIST OF FIGURES, TABLES, AND APPENDICES

**FIGURES**

1    Project Site Location Map
2    Groundwater and Leachate Monitoring Network
3    Groundwater Elevation and Contour Map for Bay Mud Monitoring Wells, May 2006
4    Groundwater Elevation and Contour Map for Bay Mud Monitoring Wells, August 2006
5    Groundwater Elevation and Contour Map for Bay Mud Monitoring Wells, November 2006

**TABLES**

1    Groundwater Monitoring Network and Well Construction
2    Groundwater Monitoring Parameters
3    Groundwater Elevation Summary
4    Leachate Level Summary
5    Analytical Results for Groundwater Monitoring Wells
6    Analytical Results for Leachate
7    Analytical Results for Quarterly Leachate Pond

**APPENDICES**

A    Signature Page of Waste Management Sampling Standard and Groundwater Field Information Forms
B    Laboratory Analytical Reports for Groundwater Samples
C    Laboratory Analytical Reports for Leachate Pond Samples
D    Statistical Control Charts
E    Waste Disposal Information and Storm Water Observation Records
F    Annual Graphical Data Summary



## 1.0    INTRODUCTION

### 1.1    SCOPE AND PURPOSE

This report summarizes the results of the Second Semiannual and Annual 2006 monitoring period at the Redwood Landfill, Inc. (Redwood Landfill) in Marin County, California (Figure 1).  The Second Semiannual 2006 monitoring activities were conducted by SCS Engineers (SCS) from July 1 through December 31, 2006, during the Third and Fourth Quarters of 2006.

The *Monitoring and Reporting Program (MRP) for Redwood Landfill* (Harding Lawson Associates [HLA], 1994) was approved by the Regional Water Quality Control Board, San Francisco Bay Region (RWQCB) in 1995 (Redwood Landfill, 1995) and was used to develop the Revised Waste Discharge Requirements and Discharge Monitoring Program, Order No. 95-110.  Order No. 95-110 was established by the RWQCB and adopted on May 24, 1995 (RWQCB, 1995).

The groundwater monitoring program at the Redwood Landfill is designed to protect the environment during and after landfill development.  Sampling methodologies, chemical analysis, data evaluation, data quality assurance and quality control (QA/QC), and statistical analysis were conducted in general accordance with Order 95-110, the approved MRP, and the Waste Management (WM) Groundwater, Surface Water, and Leachate Sampling Standard (WM, June 2001).  Necessary field or laboratory modifications to the standards are documented accordingly in the appropriate sections of this report.  Appendix A includes the signed acknowledgements of the field team confirming they are familiar with the June 2001 WM Sampling Standard.

### 1.2    SITE DESCRIPTION AND BACKGROUND

Redwood Landfill is owned and operated by WM.  The Redwood Landfill is located 4 miles north of the City of Novato in Marin County, California.  The Redwood Landfill has been operating as a Class III refuse disposal and Class II temporary sludge storage, disposal, and drying/processing facility since 1958.  During the second half of the 2006 calendar year, the Redwood Landfill received an average of 1,145 tons of municipal solid waste and construction and demolition material per day, and 45 wet tons of nonhazardous sewage sludge per day, from various sources throughout the region encompassing the San Francisco Bay Area.  The Redwood Landfill also periodically receives additional materials including industrial waste, incinerator ash, grit and grease, storm-drain cleanings, nonhazardous holding tank pumpings, non-hazardous, minimally contaminated soil (formally referred to as petroleum contaminated soils), treated wood, dredge material, and triple-rinsed chemical containers.

### 1.3    HYDROGEOLOGIC SETTING

The Redwood Landfill borders the western section of a wetlands region of the Petaluma River drainage.  An 8 to 10 foot high levee separates the eastern portion of the Redwood Landfill from San Antonio Creek and the wetlands area (Geomatrix, 2000).



Groundwater occurs in the Franciscan Formation bedrock, Pleistocene alluvium, and Holocene Bay Mud that underlie the Redwood Landfill. Investigations at the Redwood Landfill (HLA, 1994) have primarily concentrated on groundwater occurrence and flow within the Bay Mud. Channel deposits within the Bay Mud unit represent the uppermost aquifer that can be effectively monitored at the site. The channel deposits, consisting of sand and silt, preferentially transmit groundwater. The fine-grained materials surrounding the channel deposits exhibit very low hydraulic conductivity and therefore have relatively low groundwater flow velocities (Geomatrix, 2000). In general, groundwater flow direction in the Bay Mud is southerly towards the San Francisco Bay.

The Pleistocene alluvium, underlying the Bay Mud, consists of sand, silt, and clay. Lenses of permeable materials within the alluvium may contain groundwater. Wells P-5B, P-6B, P-10, and MWH-25R monitor groundwater in these permeable materials. As with the Bay Mud, general groundwater flow direction is southerly.

## 2.0    FIELD PROGRAM, MONITORING RESULTS, AND DISCUSSION

### 2.1    WELL NETWORK, ELEVATION MEASUREMENTS AND GRADIENT

#### 2.1.1  Well Network/Monitoring Frequency

The monitoring well network at the Redwood Landfill includes eight Bay Mud monitoring wells (MHW-8, MWH-9, MWH-18, MWH-19, MWH-21, MWH-24, P-2R, and P-17C) sampled semiannually, four alluvial monitoring wells (P-5B, P-6B, P-10, and MWH-25R) sampled semiannually, and five leachate wells (GR-7R, GR-8R, GR-9R, GR-10R, and GR-11R), two of which are required to be sampled on an annual basis. The Leachate Collection System Pond (leachate pond) is sampled on a quarterly basis. Information on the Bay Mud and alluvial well network, including well construction details, is presented in Table 1. The groundwater and leachate well monitoring points, monitoring parameters, and sampling frequencies are summarized in Table 2. Locations of groundwater and leachate monitoring wells are depicted on Figure 2.

Changes to the monitoring network since 2000 include the decommissioning of leachate wells 2GR-1R and 2GR-5R in June 2001. These wells were replaced by leachate wells GR-9R, GR-10R, and GR-11R in October 2002. Due to the sale of a section of the property that included alluvial monitoring well MWH-25, this well was replaced with a new well, MWH-25R, in 2001. Well MWH-25R was sampled on a quarterly basis, between Second Quarter 2001 and Fourth Quarter 2002, in order to establish a background data set. Since the background data set was completed in the Fourth Quarter of 2002, well MWH-25R is now included in the semiannual sampling program, as required by the RWQCB in a letter dated May 12, 2003. Well MWH-25 will be abandoned at a later date.

Order No. 95-110 states that the alluvial wells should be scheduled for biennial (once every two years) monitoring. However, in 2001, the RWQCB revised the sampling frequency for alluvial wells to semiannually (RWQCB, July 13, 2001).

During the Second Semiannual 2006 monitoring period, two monitoring events were completed (Third Quarter and Fourth Quarter/Second Semiannual 2006).

- The Third Quarter 2006 monitoring event included routine quarterly sampling of the leachate pond and measurement of liquid levels at groundwater monitoring wells and leachate wells.

- The Fourth Quarter/Second Semiannual 2006 sampling event included: liquid level measurements at groundwater monitoring wells and leachate wells, sampling of Bay Mud and alluvial wells, and sampling of the leachate pond.

#### 2.1.2  Groundwater Elevation Measurements

Depth to water in groundwater wells was measured to the nearest hundredth of a foot, relative to a surveyed reference point, on August 29, 2006 and November 20, 2006.

---


SCS ENGINEERS
01202208.00

Groundwater elevations are summarized in Table 3. Figures 3, 4, and 5 are groundwater elevation and contour maps for the Bay Mud wells using water levels from the May, August, and November 2006 monitoring events. As proposed in the Leachate Management and Monitoring Annual Report, October 2004 through September 2005 (GeoSyntec Consultants, March 20, 2006), leachate monitoring wells are not utilized in preparation of the groundwater contour map for the site. This was proposed based on several factors including; the degree of separation determined to be present between Bay Mud groundwater and leachate; pore pressure release of Bay Mud groundwater; potential pore pressure release from refuse demonstrated in site gas monitoring and extraction wells; and a lack of continuity internal to the leachate body within the waste mass. The degree of lateral continuity of leachate will be evaluated on an annual basis. Leachate levels are summarized in Table 4.

### 2.1.3 Groundwater Gradient

During the Second Semiannual 2006 event, the potentiometric surface for the Bay Mud monitoring wells varied in elevation across the Redwood Landfill from approximately −0.13 to 7.21 above feet mean sea level (Table 3). An average horizontal groundwater gradient of 0.0022 feet per foot (ft/ft) is indicated, with an overall southerly flow direction (Figure 5).

The average horizontal groundwater velocity in the Bay Mud, the target water-bearing zone downgradient of the landfill, was estimated using the following equation:

$$v = (K_h i)/n_e$$

Where:

$v$ = average groundwater velocity,
$K_h$ = aquifer horizontal hydraulic conductivity,
$i$ = average hydraulic gradient (vertical change in groundwater elevation/ corresponding horizontal distance), and
$n_e$ = effective aquifer porosity.

The calculation utilizes an average hydraulic conductivity value of 0.0063 feet per day (HLA, 1990), an average gradient of 0.0022 ft/ft and an effective porosity of 0.2 (US EPA, 1985). The average groundwater flow velocity was calculated as $6.9 \times 10^{-5}$ feet per day.

The November 2006 groundwater flow direction, gradient, and velocity are generally similar to previous monitoring events.

### 2.2   FIELD PROGRAM

The Second Semiannual 2006 monitoring event for groundwater, which took place November 20 and 21, 2006, included sampling of eight Bay Mud and four alluvial groundwater monitoring wells.

Prior to sample collection, the wells were purged using dedicated QED Well Wizard pump systems, in accordance with low flow/minimal drawdown purging techniques. During purging, water was monitored periodically for pH, electrical conductivity (EC), temperature, and turbidity. After stabilization of the field parameters was reached, purging was discontinued, and a sample was collected using the bladder pump discharge hose. Purge water from each of the groundwater wells was disposed at the leachate pond. All groundwater samples requiring field filtering were filtered using in-line disposable 0.45-micron filters. Field Information Forms, which list well equipment, field parameter measurements, and purge volumes and include general field comments, are provided in Appendix A.

Quarterly leachate pond samples were collected on July 19, 2006 and November 21, 2006. Field readings were measured and recorded prior to filling sample bottles. Leachate pond samples were collected directly from the pond near the conveyance pipe that deposits leachate into the pond. This is the same location where leachate pond samples have been collected during past monitoring events.

Annual sampling of leachate wells GR-7R and GR-8R occurred in May 2006. These points were sampled using a disposable bailer. Field readings were measured and recorded prior to filling sample bottles.

### 2.2.1  Laboratory Analysis and Monitoring Parameters

Aqueous samples collected at the Redwood Landfill were submitted to Severn Trent Laboratories (STL) in Arvada, Colorado, for chemical analysis via next day (morning) Federal Express shipping service. STL is certified by the State of California for performing the chemical analysis associated with this project. Laboratory analytical reports for groundwater and leachate pond samples are included in Appendices B and C, respectively.

## 2.3  GROUNDWATER ANALYTICAL LABORATORY RESULTS

The groundwater analytical results are summarized in Table 5. The laboratory reports are included in Appendix B.

Two volatile organic compounds (VOCs), acetone and/or carbon disulfide, were detected in several of the samples collected on November 21, 2006. Acetone and carbon disulfide were detected in wells MWH-18 and MWH-21, and carbon disulfide was detected in well P-10. These detections are further discussed in Section 4.2

The inorganic results of the November 2006 sampling event were generally within historical concentration ranges. Statistical analyses of the inorganic monitoring parameters (total organic carbon [TOC], total kjeldahl nitrogen [TKN], and total iron) are discussed in Section 4.1.

## 2.4    LEACHATE MONITORING WELLS RESULTS

Leachate levels were measured using a water level meter on August 29, 2006 and November 21, 2006, and data are summarized in Table 4.  Liquid elevations were not calculated for leachate wells GR-9R, GR-10R, and GR-11R because reference point elevations for these wells are not available at this time.  The leachate body is not contoured due to a lack of lateral continuity within the waste mass as demonstrated in the Leachate Management and Monitoring Annual Report October 2004 through September 2005 (GeoSyntec Consultants, March 20, 2006).

Per Order No. 95-110, two leachate monitoring wells must be sampled annually. Leachate wells GR-7R and GR-8R were sampled during the First Semiannual 2006 period and this data was presented in the First Semiannual Groundwater Monitoring Report (SCS, July 2006).  Table 6 summarizes the annual leachate well data.  As stated in the Waste Dishcharge Requirements (WDR), leachate well sampling locations are rotated each year, therefore, two of the three remaining leachate monitoring wells GR-9R, GR-10R, or GR-11R will be selected to satisfy this requirement for the next annual leachate monitoring event.

## 2.5    LEACHATE COLLECTION SYSTEM POND SAMPLE RESULTS

The leachate pond was sampled during the Third and Fourth Quarters of 2006. Analytical results for the leachate pond samples are summarized in Table 7.  The laboratory reports for the Third and Fourth Quarters 2006 leachate pond samples are included in Appendix C.  The inorganic data are generally within historical ranges.

With the exception of acetone, no VOCs were detected in the Third Quarter 2006 (July 19, 2006) sample of the liquid from the leachate pond.  Acetone was detected at a trace concentration, below the reporting limit.  A resample collected on August 16, 2006 did not contain acetone (the laboratory report for the resample is included in Appendix C). Benzene was detected above the reporting limit in the Fourth Quarter 2006 (November 21, 2006) leachate pond sample.

Starting June 5, 2006, pursuant to a WM letter submitted to the RWQCB on May 25, 2006, leachate was spread in areas that drain to the leachate pond, in areas where the interim soil cover will be removed and covered with clean fill, or in areas that will be graded to drain to the leachate pond.  Liquid from the leachate pond was not used for dust control after October 5, 2006.

On October 4, 2006, Redwood notified the RWQCB of an apparent offsite discharge of dust control water at storm water discharge location C5.  A follow-up letter regarding the discharge was submitted to the RWQCB on October 9, 2006.  At the time of the discharge, Redwood was using liquid from the leachate impoundment for dust control water.  The cause of the discharge was due to over application of dust control water in one area of the facility.  Upon discovery, Redwood personnel immediately worked to stop the release by adding additional hay bales at the down drains located near C5, folding over the down drain pipes near C5, and placing additional broken hay bales at

the inlet and outlet of storm water discharge location C5.  A sample of the discharge was collected and sent to STL for analysis.  The laboratory results were submitted by Redwood to the RWQCB on December 20, 2006.  The following corrective measures have been implemented to prevent a future occurrence: all down drains in the area of application will be blocked when leachate impoundment water is used for dust control; and personnel responsible for dust control operations have been retrained and are responsible for inspecting application areas for any potential run-off.

## 3.0    LABORATORY QUALITY ASSURANCE AND QUALITY CONTROL FOR GROUNDWATER SAMPLES

The following section highlights information presented in the STL Quality Control Summary contained in each of the Second Semiannual 2006 laboratory analytical reports for groundwater samples.  For more detail, please review the appropriate portions of the laboratory reports.

### 3.1    TRIP BLANKS AND FIELD BLANKS

Trip and/or field blank samples were submitted to STL with the samples collected on November 20 and 21, 2006 and analyzed for VOCs using EPA Method 8260B.

No VOCs were detected in the trip blanks associated with November 21, 2006 groundwater samples.  In addition, no VOCs were detected in the field blank associated with the November 20, 2006 groundwater samples.

### 3.2    TEMPERATURES, HOLDING TIMES, AND SAMPLE CONDITIONS

Samples collected during this monitoring period arrived at STL with temperatures measured at between 0.6 and 3.4 degrees Celsius.

All samples for the Second Semiannual 2006 monitoring event were reportedly analyzed within the required holding times as determined by the analytical method.

Upon arrival at the laboratory, MWH-24 had a pH greater than 2.  STL reported that this is non-compliant with Method 8260B which requires samples to be preserved with hydrochloric acid to a pH of less than 2.  Additional hydrochloric acid was added by the laboratory to adjust the pH.

### 3.3    SAMPLE SURROGATE RECOVERIES

Surrogate recoveries for EPA Method 8260B associated with the Second Semiannual 2006 samples were within acceptable ranges.

### 3.4    METHOD BLANKS

All laboratory method blanks processed with groundwater samples for the Second Semiannual 2006 monitoring event were within established control limits.

### 3.5    LABORATORY CONTROL SPIKES

During the Second Semiannual 2006 sampling event, STL reported that due to result concentrations exceeding the calibration range, the matrix spike/matrix spike duplicate results for TOC were estimated.

SCS ENGINEERS
01202208.00



The matrix spike/matrix spike duplicate could not be performed for Method 8011 for groundwater samples collected during the Second Semiannual 2006 due to insufficient sample volume; however, a laboratory control spike/laboratory control spike duplicate pair was analyzed to demonstrate method precision.

In one sample lot related to the Second Semiannual 2006 groundwater samples, the matrix spike/matrix spike duplicate performed on an unrelated sample (not a site sample but a sample analyzed in the same sample batch) exhibited a recovery outside control limits for trichloroethene.   STL stated that, because the corresponding laboratory control and method blank samples were within control limits, the anomaly may be due to matrix interference and no corrective action was taken.

All other matrix spike/matrix spike duplicate samples for the Second Semiannual 2006 monitoring event were within established control limits.

## 3.6   INITIAL CALIBRATION, CONTINUING CALIBRATION, AND INTERNAL MACHINE STANDARDS

Based on review of STL documents, all initial calibration, continuing calibration, and internal machine standards were within acceptable ranges for the Second Semiannual 2006 samples.

## 3.7   DUPLICATES

A duplicate sample was collected at well P-2R during the Second Semiannual 2006 event.   Analytical results of the duplicate sample were consistent with the original sample results.

## 4.0   EVALUATION OF GROUNDWATER ANALYTICAL RESULTS

### 4.1   INORGANIC RESULTS AND STATISTICAL ANALYSIS

Inorganic groundwater monitoring data are statistically evaluated for detection monitoring purposes in accordance with 27 CCR 20415 and 20420, and site Order 95-110.  The site-specific detection monitoring parameters TKN, TOC, and total iron are statistically evaluated using Shewart-Cumulative Summary (CUSUM) control charts (ASTM, 1998; Gibbons, 1994; USEPA, 1989; USEPA, 1992) prepared by GeoChem Applications using DUMPStat$^{TM}$ statistical modeling software (Appendix D).

Site detection monitoring wells are evaluated on an "intrawell" basis which compares each well's historical background data set to newly collected monitoring data.  Control chart limits calculated using well-specific background data represent statistical background for each parameter/well combination.  Background concentrations are fixed for a period of two years and are generally updated at the end of that time (by request and upon approval from the RWQCB) for all wells that have not exhibited a verified statistical exceedance. The background time window that was updated to October 2001 was used throughout this monitoring event.  Since a two year period has passed since the last update was completed, WM will be evaluating the need for a new update of the background dataset.

Historically, both total iron and dissolved (filtered) iron samples have been analyzed at Redwood Landfill.  Currently, the statistical database contains a sufficient number of background values for total iron but not for dissolved iron.  Samples are being collected in order to build a background data set for dissolved iron.  Until there is a large enough database for statistical analysis of dissolved iron, both filtered and unfiltered iron samples will be collected but statistical comparisons will be conducted only on the total iron data.  Once sufficient background for dissolved iron data has been collected, statistical analysis will be performed for this parameter and total iron will no longer be sampled.

The statistical analysis of the Bay Mud and alluvial well sample results from the Second Semiannual 2006 event did not identify any statistical increases.

The results of the statistical analysis are presented in Appendix D.

### 4.2   ORGANIC RESULTS

Results of organic detection monitoring parameters (i.e., VOCs) are evaluated using the California Non-Statistical Method that examines detections and trace detections to identify potential measurably significant results.   Common field and laboratory contaminants (such as acetone and methylene chloride) are typically excluded from this evaluation as they produce an excessive false-positive error rate.



As discussed earlier, during the Second Semiannual 2006 monitoring event, acetone and carbon disulfide were detected in wells MWH-18 and MWH-21 and carbon disulfide was detected in well P-10. A laboratory Data Quality Review (DQR) completed on December 13, 2006 verified the validity of the reported laboratory analysis. WM provided verbal notification of the VOC detections to the RWQCB on December 14, 2006. A WM letter dated December 18, 2006, to the RWQCB, indicated that the DQR verified the analytical results and that resampling would be completed. Resampling was conducted on December 20, 2006. Results indicated that acetone and carbon disulfide were detected at very low concentrations in both resamples collected from well MWH-18. No acetone was detected in the two resamples from well MWH-21, however, carbon disulfide was detected in both resamples from this well. No carbon disulfide was detected in the resamples from wells P-10. In accordance with Title 27CCR subsection 20420(k)(7), WM proposed to prepare and submit an optional demonstration report (ODR) to determine the nature of the acetone detections in well MWH-18 within 90 days of January 12, 2007, that is, the day the laboratory confirmation results were received.

With regard to the carbon disulfide detections, this substance has been previously determined to be naturally occurring at this site, and not related to the landfill, as described in the ODR completed by SCS (September 9, 2003). The ODR indicated that carbon disulfide has been detected sporadically at various points during previous monitoring events at the Redwood Landfill and appears to have as its source organisms living in the surrounding marsh and even within wells, as in MWH-09 where "bio-slime" was observed within the well bore associated with carbon disulfide detections during June and July 2003. For these reasons, no further investigation is recommended for the carbon disulfide detected in wells MWH-18 and MWH-21.

Earlier in the year, during the first semiannual groundwater monitoring event completed in May 2006, low concentrations of acetone and carbon disulfide were detected in wells MWH-09, MWH-18, MWH-21, and MWH-08 and carbon disulfide was detected in wells P-10 and MWH-19. These wells were resampled on July 11, 2006 and the detections were not confirmed. As described in an August 8, 2006 SCS letter to the RWQCB, the unconfirmed detections of acetone and/or carbon disulfide in six wells at Redwood Landfill during the May 2006 semiannual groundwater monitoring event were not related to a release from the landfill. No further investigation was recommended.

## 5.0    WASTE DISPOSAL INFORMATION

This section provides information that satisfies the waste discharge reporting requirements of the facilities' MRP or information requested by the RWQCB. Redwood Landfill personnel provided waste disposal information. This section summarizes activities for the Second Semiannual period (July through December 2006), and addresses annual reporting requirements.

## 5.1    WASTE DISPOSAL VOLUMES

The Redwood Landfill has been operating since 1958 and is the primary landfill serving Marin County. During the Second Semiannual 2006 period, July 1 through December 31, 2006, the facility received an average of 1,145 tons of municipal solid waste and construction and demolition material per day and 45 wet tons of non-hazardous sludge per day from various sources throughout the San Francisco Bay Area. Redwood Landfill provided fill area location maps for the Second Semiannual monitoring period (Appendix E).

The quarterly waste disposal tonnages are presented below. The refuse tonnage information is also reported under separate cover to Marin County, on a quarterly basis.

| Tonnage | | |
|---|---|---|
| Quarter | Refuse Weight (tons) | Sludge Weight (tons) |
| First Quarter 2006 | 89,726 | 3,753 |
| Second Quarter 2006 | 93,700 | 6,026 |
| Third Quarter 2006 | 92,963 | 2,037 |
| Fourth Quarter 2006 | 86,748 | 5,031 |
| Total 2006 | 363,137 | 16,847 |

## 5.2    STANDARD OBSERVATIONS

Standard perimeter observations required by the WDR are conducted on a weekly basis by WM. These perimeter observations include odors, weather conditions, erosion, ponding, leachate seeps, and condition of pumping facilities. Standard perimeter observations records are on file and are available for review at the Redwood Landfill.

The Redwood Landfill is required to make observations of its perimeter by its Storm Water Pollution Prevention Plan and to be in compliance with the Industrial Activities Storm Water General Permit (Waste Discharger Identification No. 2 21S000012).

These observations include discoloration, turbidity, presence or absence of floating material, and flow rate at the receiving waters. Locations of the storm water monitoring outlets and storm water observation records for this monitoring period (provided by the Redwood Landfill) are presented in Appendix E.

## 5.3   LEACHATE MONITORING/CONTROL FACILITIES

To prevent potential migration of leachate beyond the perimeter of the landfill, Redwood Landfill operates a leachate collection and removal system (LCRS). The perimeter LCRS provides continuous collection, removal, and conveyance of leachate to the onsite leachate impoundment (leachate pond). The leachate pond is sampled on a quarterly basis (Table 7). If no VOCs are detected and inorganic parameters concentrations are less than background concentrations, Redwood Landfill uses the leachate from the impoundment for dust control on approved areas of the landfill.

Section 2.5 discussed third and fourth quarter 2006 leachate pond sampling results. As stated in a WM letter submitted to the RWQCB on May 25, 2006, leachate was used for dust control between June 5, 2006 and October 4, 2006 in areas of the facility that are constructed in such a manner as to preclude discharge to surface water bodies in the unlikely event of rain during this period. No leachate was used for dust control after October 5, 2006.

Between July 1 and December 31, 2006 approximately 5.2 million gallons of leachate were collected. A total of approximately 16 million gallons were collected for the entire 2006 period.

Annual leachate characterization sampling that is required by the WDR/MRP was completed in May 2006 and is summarized in Table 6.

On October 4, 2006, Redwood notified the RWQCB of an apparent offsite discharge of dust control water at storm water discharge location C5. A follow-up letter regarding the discharge was submitted to the RWQCB on October 9, 2006. At the time of the discharge, Redwood was using liquid from the leachate impoundment for dust control water. The cause of the discharge was due to over application of dust control water in one area of the facility. Upon discovery, Redwood personnel immediately worked to stop the release by adding additional hay bales at the down drains located near C5, folding over the down drain pipes near C5, and placing additional broken hay bales at the inlet and outlet of storm water discharge location C5. A sample of the discharge was collected and sent to STL for analysis. The laboratory results were submitted by Redwood to the RWQCB on December 20, 2006. The following corrective measures have been implemented to prevent a future occurrence: all down drains in the area of application will be blocked when leachate impoundment water is used for dust control; and personnel responsible for dust control operations have been retrained and are responsible for inspecting application areas for any potential run-off.

## 5.4    ELECTRONIC SUBMITTAL

Water level and analytical data, as well as this report titled "*Second Semiannual and Annual Groundwater Monitoring Report for the Period Ending December 31, 2006*" for Redwood, in Adobe Acrobat format, will be submitted through the State Water Quality Control Board Geotracker Information System. In addition, a diskette with a copy of this report in Adobe Acrobat format and annual analytical data summaries will be included in the report submitted to the RWQCB.

## 5.5    COMPLIANCE RECORD

No outstanding compliance issues were identified during 2006 at the Redwood Landfill.

Groundwater quality is discussed in detail in Section 4.0. One or two VOCs (acetone and carbon disulfide) were detected in six of the Redwood groundwater monitoring wells during the First and Second Semiannual 2006 sampling events. For the First Semiannual 2006 period, resampling results did not confirm these VOC detections. No further investigation was recommended. For the Second Semiannual 2006 event, three wells were resampled for acetone and/or carbon disulfide. Carbon disulfide was detected in resamples from wells MWH-18 and MWH-21, and acetone was detected in the resamples from MWH-18. As noted in the SCS letter dated January 16, 2007, the carbon disulfide detections were found to not be related to a release from the landfill. An ODR will be prepared to determine the nature of the acetone in well MWH-18. For more detail see section 4.2.

As required by the MRP, an annual graphical summary of groundwater data for each monitoring parameter at each well is included as Appendix F.

## 6.0   CONCLUSIONS

The groundwater sampling and analysis required by Order No. 95-110 were completed during the Second Semiannual 2006 period. No indications of a statistical increase were identified in the groundwater data from the Second Semiannual 2006 monitoring period.

Acetone and carbon disulfide were detected in wells MWH-18 and MWH-21 and carbon disulfide was detected in well P-10. A laboratory DQR completed on December 13, 2006 verified the validity of the reported laboratory analysis. WM provided verbal notification of the VOC detections to the RWQCB on December 14, 2006. A WM letter dated December 18, 2006, to the RWQCB, indicated that the DQR verified the analytical results and that resampling would be completed. Resampling results indicated that acetone and carbon disulfide were detected at very low concentrations in both resamples collected from well MWH-18. No acetone was detected in the two resamples from wells MWH-21, however, carbon disulfide was detected in both resamples from well MWH-21. No carbon disulfide was detected in the resamples from wells P-10. With regard to the carbon disulfide detections, this substance has been previously determined to be naturally occurring and not related to the landfill, as described in the ODR completed by SCS Engineers (September 9, 2003) and no further investigation was recommended for the carbon disulfide detections in wells MWH-18 and MWH-21. An ODR to determine the nature of the acetone detections in well MWH-18 will be completed within 90 days of January 12, 2007, that is, the day the laboratory confirmation results were received.

## 7.0    REFERENCES

California Code of Regulations, Title 27.

Environment Canada, 2000.  The Ministers of Environment and Health.  *Assessment Report - Carbon Disulfide.*

GeoChem Applications, June 17, 2004a.  *Draft Technical Memorandum Re: Naturally Occurring Ammonia in Groundwater, Redwood Landfill* to Mark S. Verwiel, Waste Management, Inc., from William L. Neal, GeoChem Applications.

GeoChem Applications, June 17, 2004b.  *Draft Technical Memorandum Re: Re-Evaluation of Monitoring Parameters, Redwood Landfill* to Mark S. Verwiel, Waste Management, Inc., from William L. Neal, GeoChem Applications.

GeoChem Applications, December 6, 2005. *Optional Demonstration Report for Total Kjeldahl Nitrogen (TKN) in Well P-6B, Redwood Landfill, Novato, California* (letter).

Geomatrix, January 15, 2000. *July Through December, Groundwater Monitoring Report*, Redwood Landfill, Inc., Novato, California.

GeoSyntec Consultants, April 11, 2005.  *Leachate Management and Monitoring Annual Report, October 2003 - September 2004, Redwood Landfill, Marin County, California.*

Gibbons, Robert D. Ltd. and Discerning Systems, Inc., 2000, DUMPStat 2.1 Statistical Groundwater Monitoring Software Users Guide.

Harding Lawson Associates, October 1990. *Modifications to the Report of Waste Discharge*, Redwood Landfill, Inc. Novato, California.

Harding Lawson Associates, August 31, 1994. *Monitoring and Reporting Program*, Redwood Landfill, Inc. Novato, California.

Harding ESE, Inc., January 29, 2002. *Second Semiannual and Annual 2001 Monitoring Report*, Redwood Landfill, Novato, California.

Harding ESE, Inc., April 26, 2002. *Notice of Exceedance and Verification Resampling*, Redwood Landfill, Novato, California.

Harding ESE, Inc., April 26, 2002. *Groundwater Verification Resampling Results for Wells MWH-18 and MWH-25, Redwood Landfill, Novato, California.*

Harding ESE, Inc., July 15, 2002. *First Semiannual 2002 Monitoring Report, Redwood Landfill, Inc., Marin County, Novato, California.*



SCS ENGINEERS
01202208.00

Harding ESE, Inc., January 31, 2003. *Second Semiannual and Annual 2002 Monitoring Report, Redwood Landfill, Inc., Marin County, Novato, California.*

Redwood Landfill, February 5, 1995. Letter correspondence to RWQCB regarding Draft Waste Discharge Requirements Review.

Redwood Landfill, September 15, 2000. Letter correspondence to RWQCB regarding Installation of Alluvial Well and Future Decommissioning of MWH-25.

Regional Water Quality Control Board, San Francisco Region (RWQCB), May 24, 1995. *Waste Discharge Requirements for Redwood Landfill*, Order Number 95-110.

RWQCB, July 13, 2001. Letter to Redwood Landfill entitled Clarification of Sampling Frequency of Alluvial Wells and Decommissioning of Leachate Wells, Redwood Landfill, Novato, CA.

RWQCB, May 12, 2003. Letter correspondence to Redwood Landfill regarding Decommissioning Well MWH-25, Redwood Landfill, Novato, California.

SCS Engineers, July 2003. *First Semiannual Groundwater Monitoring Report, Period Ending June 30, 2003. Redwood Landfill, County of Marin, California.*

SCS Engineers, September 9, 2003. *Optional Demonstration Report for Carbon Disulfide in MWH-09, Redwood Landfill, Novato, California* (letter).

SCS Engineers, January 2004. *Second Semiannual and Annual Groundwater Monitoring Report, Period Ending December 31, 2003. Redwood Landfill, County of Marin, California.*

SCS Engineers, May 17, 2004. *Optional Demonstration Report for Iron in wells MWH-24 and MWH-25R, Redwood Landfill, Novato, California* (letter).

SCS Engineers, July 2004. *First Semiannual Groundwater Monitoring Report, Period Ending June 30, 2004. Redwood Landfill, County of Marin, California.*

SCS Engineers, January 2005. *Second Semiannual and Annual Groundwater Monitoring Report, Period Ending December 31, 2004. Redwood Landfill, County of Marin, California.*

SCS Engineers, July 2005. *First Semiannual Groundwater Monitoring Report, Period Ending June 30, 2005. Redwood Landfill, County of Marin, California.*

SCS Engineers, September 12, 2005. Letter correspondence to RWQCB regarding Confirmation of Statistical Increase for Total Kjeldahl Nitrogen (TKN) in Well P-6B, Redwood Landfill, Novato, California.

SCS Engineers, January 2006. *Second Semiannual and Annual Groundwater Monitoring Report, Period Ending December 31, 2005. Redwood Landfill, County of Marin, California.*

SCS Engineers, July 2006. *First Semiannual Groundwater Monitoring Report, Period Ending June 30, 2006. Redwood Landfill, County of Marin, California.*

SCS Engineers, August 8, 2006.  Letter correspondence to RWQCB regarding Resampling Results for Volatile Organic Compounds Detection, First Semiannual 2006 Groundwater Monitoring, Redwood Landfill, Novato, California.

SCS Engineers, January 16, 2007.  Letter correspondence to RWQCB regarding Resampling Results for Volatile Organic Compounds Detection, Second Semiannual 2006 Groundwater Monitoring, Redwood Landfill, Novato, California.

USEPA, 1985. *Protection of Public Water Supplies from Groundwater Contamination*, EPA-625/4-85-016, Center for Environmental Research Information, Cincinnati, Ohio.

Waste Management, June 2001. *Groundwater, Surface Water, Leachate and Sampling Standard, prepared by Waste Management.*

Waste Management, February 6, 2003. Letter correspondence to RWQCB regarding Resampling Results for MWH-24, Redwood Landfill, Novato, California.

Waste Management, April 10, 2003. Letter correspondence to RWQCB regarding Redwood Landfill, Inc. (Redwood) Alluvial Wells MWH-25 and MWH-25R.

Waste Management, May 11, 2003. Letter correspondence to RWQCB regarding Supplemental Groundwater Monitoring and Leachate Management Program, Redwood Landfill, Novato, California.

Waste Management, July 8, 2003. Letter correspondence to RWQCB regarding Results of Supplemental Sampling for Constituents of Concern, Redwood Landfill, Novato, California.

Waste Management, January 13, 2004. Letter correspondence to RWQCB regarding Detection in Bay Mud Well at Redwood Landfill, Inc. (Redwood).

Waste Management, February 2, 2004. Notification of Initial Evidence of Statistical Increase, Second Semiannual 2003 Groundwater Monitoring, Redwood Landfill, Novato, California.

Waste Management, February 3, 2004. Letter correspondence to RWQCB regarding Resampling Results for MWH-18, Redwood Landfill, Novato, California.

Waste Management, February 23, 2004.  Letter correspondence to RWQCB regarding Confirmation of Statistical Increase for Total Iron in Wells MWH-24 and MWH-25R, Redwood Landfill, Novato, California.

Waste Management, July 8, 2004. Letter correspondence to RWQCB regarding Detection in Bay Mud Wells MWH-09 and MWH-18 at Redwood Landfill, Marin County, California.

Waste Management, August 23, 2004. Letter correspondence to RWQCB regarding Resampling Results for MWH-09 and MWH-18, Redwood Landfill, Novato, California.

Waste Management, December 14, 2004. Letter correspondence to RWQCB regarding Detection of Volatile Organic Compounds, Second Semiannual 2004 Monitoring Event at Redwood Landfill, Marin County, California.

Waste Management, January 20, 2005. Letter correspondence to RWQCB regarding Resampling Results, Volatile Organic Compounds, Second Semiannual 2004 Monitoring Event at Redwood Landfill, Marin County, California.

Waste Management, July 21, 2005. Letter correspondence to RWQCB regarding Notification of Initial Evidence of Statistical Increase, First Semiannual 2005 Groundwater Monitoring, Redwood Landfill, Marin County, California.

Waste Management, May 25, 2006. Letter correspondence to RWQCB regarding Redwood Landfill 2006 Dust Control Strategy, Redwood Landfill, Marin County, California.

Waste Management, June 28, 2006. Letter correspondence to RWQCB regarding Notification of Re-Sampling Activities for Detection Monitoring Wells, First Semiannual 2006 Groundwater Monitoring, Redwood Landfill, Marin County, California.

Waste Management, October 9, 2006. Letter correspondence to RWQCB regarding Suspected Leachate Impoundment Water Discharge on October 4, 2006, Redwood Landfill, Marin County, California.

Waste Management, December 18, 2006. Letter correspondence to RWQCB regarding Notification of Re-sampling Activities for Detection Monitoring Wells, Second Semiannual 2006 Monitoring, Redwood Landfill, Marin County, California.

Waste Management, December 20, 2006. Letter correspondence to RWQCB regarding laboratory results for the Suspected Leachate Impoundment Water Discharge on October 4, 2006, Redwood Landfill, Marin County, California.