**EXHIBIT 3 Part 1 of 2**

**NORTHERN CALIFORNIA RIVER WATCH v. WASTE MANAGEMENT, et al.**

**No. C-07-5058 WHA**

# FIRST SEMIANNUAL
# GROUNDWATER MONITORING REPORT
# PERIOD ENDING JUNE 30, 2006

**Redwood Landfill**
**County of Marin, California**

Prepared For:



**Waste Management**
8950 Redwood Highway
Novato, California 94945

Prepared By:

**SCS ENGINEERS**

**SCS Engineers**
3900 Kilroy Airport Way, Suite 100
Long Beach, California 90806-6816
(562) 426-9544

**July 2006**
SCS File No. 01202208.00



REDWOOD LANDFILL, INC.

P.O. Box 793
8950 Redwood Highway
Novato, CA 94948
(415) 892-2851
(415) 898-1354 Fax

July 12, 2006
File No. 01202208.00

Mr. David Elias
Regional Water Quality Control Board
San Francisco Bay Region
1515 Clay Street, Suite 1400
Oakland, CA  94612

**Submittal of First Semiannual Groundwater Monitoring Report for Period Ending
June 30, 2006, Redwood Landfill, Marin County, California  (Order No. 95-110)**

Dear Mr. Elias:

The attached report has been prepared in accordance with the California Regional
Water Quality Control Standard Provisions Monitoring and Reporting Requirements
(Waste Discharge Requirements Order No. 95-110) for Redwood Landfill.  This report
has been prepared under the supervision of a registered geologist.

In accordance with Title 40, Code of Federal Regulations, Part 258.29(b), a copy of this
report has been placed in the Operating Record at Redwood Landfill, and will be
retained for a minimum of five years.  The monitoring results for the first semiannual
20056 period are summarized below:

   1) No confirmed indications of a release from the facility were suggested by the
      results of the monitoring program.
   2) Acetone and/or carbon disulfide were detected in six well samples and an
      associated field blank sample collected on May 1, 2006. The Regional Water
      Quality Control Board was notified and verification resampling was completed
      on July 11, 2006.  No other volatile organic compounds were detected in
      samples collected from the groundwater monitoring wells.

I certify under penalty of law that I have personally examined and am familiar with the
information submitted in this document and all attachments and that, based on my
inquiry of those individuals immediately responsible for obtaining the information, I
believe that the information is true, accurate, and complete. I am aware that there are
significant penalties for submitting false information, including the possibility of fine and
imprisonment.

Printed on 100% post-consumer recycled paper.

Mr. David Elias
July 12, 2006
Page 2

If you have any questions regarding the content of this report, please contact me at
(415) 892-2851.

Sincerely,

Jessica K Jones

Jessica Jones
District Manager

Enclosure

Cc:    Cynthia Barnard, Marin County Environmental Health Services
       Mark Verwiel, Waste Management
       Beth Shiverdecker, Redwood Landfill
       Tina Schmiesing, SCS Engineers

**FIRST SEMIANNUAL GROUNDWATER MONITORING REPORT PERIOD ENDING JUNE 30, 2006, REDWOOD LANDILL, COUNTY OF MARIN, CALIFORNIA DATED JULY 2006.**
*SCS Engineers Project No. 01202208.00*

Ashley P. Hutchens
Project Scientist

Tina Quo Schmiesing, R.E.A.
Project Manager

Kenneth H. Lister, Ph.D., C.E.G., C.H.G.
Project Director

## TABLE OF CONTENTS

| | | |
|---|---|---|
| 1.0 | INTRODUCTION | 1 |
| 1.1 | Scope and Purpose | 1 |
| 1.2 | Site Description and Background | 1 |
| 1.3 | Hydrogeologic Setting | 1 |
| 2.0 | FIELD PROGRAM, MONITORING RESULTS, AND DISCUSSION | 3 |
| 2.1 | Well Network, Elevation Measurements and Gradient | 3 |
| 2.1.1 | Well Network/Monitoring Frequency | 3 |
| 2.1.2 | Groundwater Elevation Measurements | 4 |
| 2.1.3 | Groundwater Gradient | 4 |
| 2.2 | Field Program | 5 |
| 2.2.1 | Laboratory Analysis and Monitoring Parameters | 5 |
| 2.3 | Groundwater Analytical Laboratory Results | 5 |
| 2.4 | Leachate Monitoring Wells Results | 6 |
| 2.5 | Leachate Collection System Pond Sample Results | 6 |
| 3.0 | LABORATORY QUALITY ASSURANCE AND QUALITY CONTROL FOR GROUNDWATER SAMPLES | 8 |
| 3.1 | Trip Blanks and Field Blanks | 8 |
| 3.2 | Temperatures, Holding Times, and Sample Conditions | 8 |
| 3.3 | Sample Surrogate Recoveries | 8 |
| 3.4 | Method Blanks | 8 |
| 3.5 | Laboratory Control Spikes | 8 |
| 3.6 | Duplicates | 9 |
| 4.0 | EVALUATION OF GROUNDWATER ANALYTICAL RESULTS | 10 |
| 4.1 | Inorganic Results and Statistical Analysis | 10 |
| 4.2 | Organic Results | 11 |
| 5.0 | WASTE DISPOSAL INFORMATION | 12 |
| 5.1 | Waste Disposal Volumes | 12 |
| 5.2 | Standard Observations | 12 |
| 5.3 | Leachate Monitoring/Control Facilities | 12 |
| 5.4 | Electronic Submittal | 13 |
| 6.0 | CONCLUSIONS | 14 |
| 7.0 | REFERENCES | 15 |

## LIST OF FIGURES, TABLES, AND APPENDICES

**FIGURES**

1    Project Site Location Map
2    Groundwater and Leachate Monitoring Network
3    Groundwater Elevation and Contour Map for Bay Mud Monitoring Wells, May 2006

**TABLES**

1    Groundwater Monitoring Network and Well Construction
2    Groundwater Monitoring Parameters
3    Groundwater Elevation Summary
4    Leachate Level Summary
5    Analytical Results for Groundwater Monitoring Wells
6    Analytical Results for Leachate
7    Analytical Results for Quarterly Leachate Pond

**APPENDICES**

A    Signature Page of Waste Management Sampling Standard and Field Information
     Forms
B    Laboratory Analytical Reports for Groundwater Samples
C    Laboratory Analytical Reports for Leachate Samples
D    Laboratory Analytical Reports for Leachate Pond Samples
E    Statistical Control Charts
F    Waste Disposal Information and Storm Water Observation Records

## 1.0    INTRODUCTION

### 1.1    SCOPE AND PURPOSE

This report summarizes the results of the First Semiannual 2006 monitoring period at the Redwood Landfill, Inc. (Redwood Landfill) in Marin County, California (Figure 1). The First Semiannual 2006 monitoring activities were conducted by SCS Engineers (SCS) from January 1 through June 30, 2006, during the First and Second Quarters of 2006.

The *Monitoring and Reporting Program (MRP) for Redwood Landfill* (HLA, 1994) was approved by the Regional Water Quality Control Board, San Francisco Bay Region (RWQCB) in 1995 (Redwood Landfill, 1995) and was used to develop the Revised Waste Discharge Requirements and Discharge Monitoring Program, Order No. 95-110. Order No. 95-110 was established by the RWQCB and adopted on May 24, 1995 (RWQCB, 1995).

The groundwater monitoring program at the Redwood Landfill incorporates permanent monitoring elements to confirm environmental protection during and after landfill development. Sampling methodologies, chemical analysis, data evaluation, data quality assurance and quality control (QA/QC), and statistical analysis were conducted in general accordance with Order 95-110, the approved MRP, and the Waste Management (WM) Groundwater, Surface Water, and Leachate Sampling Standard (WM, June 2001). Necessary field or laboratory modifications to the standards are documented accordingly in the appropriate sections of this report. Appendix A includes the signed acknowledgements of the field team confirming they are familiar with the June 2001 WM Sampling Standard.

### 1.2    SITE DESCRIPTION AND BACKGROUND

Redwood Landfill is owned and operated by WM. The Redwood Landfill is located 4 miles north of the City of Novato in Marin County, California. The Redwood Landfill has been operating as a Class III refuse disposal and Class II temporary sludge storage, disposal, and drying/processing facility since 1958. During the first half of the 2006 calendar year, the Redwood Landfill received an average of 1,183 tons of municipal solid waste and construction and demolition material per day, and 63 wet tons of nonhazardous sewage sludge per day, from various sources throughout the region encompassing the San Francisco Bay Area. The Redwood Landfill also periodically receives additional materials including industrial waste, incinerator ash, grit and grease, storm-drain cleanings, nonhazardous holding tank pumpings, petroleum-contaminated soil, treated wood, dredge material, and triple-rinsed chemical containers.

### 1.3    HYDROGEOLOGIC SETTING

The Redwood Landfill borders the western section of a wetlands region of the Petaluma River drainage. An 8 to 10 foot high levee separates the eastern portion of the Redwood Landfill from San Antonio Creek and the wetlands area (Geomatrix, 2000).

Groundwater occurs in the Franciscan Formation bedrock, Pleistocene alluvium, and Holocene Bay Mud that underlie the Redwood Landfill. Investigations at the Redwood Landfill (HLA,

1994) have primarily concentrated on groundwater occurrence and flow within the Bay Mud. Channel deposits within the Bay Mud unit represent the uppermost aquifer that can be effectively monitored at the site. The channel deposits, consisting of sand and silt, preferentially transmit groundwater. The fine-grained materials surrounding the channel deposits exhibit very low hydraulic conductivity and therefore relatively low groundwater flow velocities (Geomatrix, 2000). In general, groundwater flow direction in the Bay Mud is southerly towards the San Francisco Bay.

The Pleistocene alluvium consists of sand, silt, and clay. Lenses of permeable materials within the alluvium may contain groundwater. Wells P-5B, P-6B, P-10, and MWH-25R monitor these permeable materials (Table 1). As with the Bay Mud, general groundwater flow direction is southerly.

## 2.0    FIELD PROGRAM, MONITORING RESULTS, AND DISCUSSION

## 2.1    WELL NETWORK, ELEVATION MEASUREMENTS AND GRADIENT

### 2.1.1   Well Network/Monitoring Frequency

The monitoring well network at the Redwood Landfill includes eight Bay Mud monitoring wells (MHW-8, MWH-9, MWH-18, MWH-19, MWH-21, MWH-24, P-2R, and P-17C) sampled semiannually, four alluvial monitoring wells (P-5B, P-6B, P-10, and MWH-25R) sampled semiannually, and five leachate wells (GR-7R, GR-8R, GR-9R, GR-10R, and GR-11R), two of which are required to be sampled on an annual basis. The Leachate Collection System Pond (leachate pond) is sampled on a quarterly basis. Information on the Bay Mud and alluvial well network, including well construction details, is presented in Table 1. The groundwater and leachate well monitoring points, monitoring parameters, and sampling frequencies are summarized in Table 2.

Changes to the monitoring network since 2000 include the decommissioning of leachate wells 2GR-1R and 2GR-5R in June 2001. These wells were replaced by leachate wells GR-9R, GR-10R, and GR-11R in October 2002. Due to the sale of a section of the property that included alluvial monitoring well MWH-25, this well was replaced with a new well, MWH-25R, in 2001. Well MWH-25R was sampled on a quarterly basis, between Second Quarter 2001 and Fourth Quarter 2002, in order to establish a background data set. Since the background data set was completed during the Fourth Quarter of 2002, well MWH-25R is now included in the semiannual sampling of the alluvial and Bay Mud wells, as required by the RWQCB in a letter dated May 12, 2003. Well MWH-25 will be abandoned at a later date. Locations of groundwater and leachate monitoring wells are depicted on Figure 2.

Order No. 95-110 states that the alluvial wells should be scheduled for biennial (once every two years) monitoring. However, in 2001, the RWQCB revised the sampling frequency for alluvial wells to semiannually (RWQCB, July 13, 2001).

During the First Semiannual 2006 monitoring period, two sampling events (First Quarter and Second Quarter/First Semiannual event of 2006) were completed.

- The First Quarter 2006 monitoring event included routine quarterly sampling of the leachate pond and measurement of liquid levels at leachate wells.

- The Second Quarter/Semiannual 2006 sampling event included: liquid level measurements at groundwater monitoring wells and leachate wells, sampling of Bay Mud and alluvial wells, quarterly sampling of the leachate pond, and annual sampling of two leachate wells (GR-7R and GR-8R).

### 2.1.2   Groundwater Elevation Measurements

On May 1, 2006, prior to initiation of groundwater purging and sampling activities, depth to water in groundwater wells was measured to the nearest hundredth of a foot, relative to a surveyed reference point.

Groundwater elevations are summarized in Table 3. A groundwater elevation and contour map for the Bay Mud wells (Figure 3) was prepared using the May 1, 2006 water levels. As proposed in the facility Leachate Management and Monitoring Annual Report, October 2004 through September 2005 (GeoSyntec Consultants, March 20, 2006), leachate monitoring wells are not utilized in preparation of the groundwater contour map for the site. This was proposed based on several factors including; the degree of separation determined to be present between bay mud groundwater and leachate; pore pressure release of bay mud groundwater; potential pore pressure release from refuse demonstrated in site gas monitoring and extraction wells; and a lack of continuity internal to the leachate body within the waste mass. The degree of lateral continuity of leachate will be evaluated on an annual basis. Leachate levels are summarized in Table 4.

### 2.1.3   Groundwater Gradient

For May 2006, the potentiometric surface for the Bay Mud monitoring wells varied in elevation across the Redwood Landfill from approximately 0.90 to 7.66 above feet mean sea level (Table 3). A horizontal groundwater gradient of 0.0017 feet per foot (ft/ft) is indicated, with an overall southerly flow direction (Figure 3).

The average horizontal groundwater velocity in the Bay Mud, the target water-bearing zone downgradient of the landfill, was estimated using the following equation:

$$v = (K_h i)/n_e$$

Where:

$v$ = average groundwater velocity,
$K_h$ = aquifer horizontal hydraulic conductivity,
$i$ = average hydraulic gradient (vertical change in groundwater elevation/ corresponding horizontal distance), and
$n_e$ = effective aquifer porosity.

The calculation utilizes an average hydraulic conductivity value of 0.0063 feet per day (HLA, 1990), an average gradient of 0.0017 ft/ft and an effective porosity of 0.2 (US EPA, 1985). The average groundwater flow velocity was calculated as $5.4 \times 10^{-5}$ feet per day.

The May 2006 groundwater flow direction, gradient, and velocity are generally similar to previous monitoring events.

## 2.2     FIELD PROGRAM

The First Semiannual 2006 monitoring event for groundwater, which took place May 1 and 2, 2006, included sampling of eight Bay Mud monitoring wells and four alluvial monitoring wells.

Prior to sample collection, the wells were purged using dedicated QED Well Wizard pump systems, in accordance with low flow/minimal drawdown purging techniques. During purging, water was monitored periodically for pH, electrical conductivity (EC), temperature, and turbidity. After stabilization of the field parameters was reached, purging was discontinued, and a sample was collected using the bladder pump. Purge water from each of the groundwater wells was collected and disposed of at the leachate pond. All groundwater samples requiring field filtering were filtered using in-line disposable 0.45-micron filters. Field Information Forms, which include well equipment information, field parameter measurements, purge volumes, and general field comments, are provided in Appendix A.

Quarterly leachate pond samples were collected on February 14, 2006 and May 9, 2006. Leachate pond samples were collected directly from the pond near the conveyance pipe that deposits leachate into the pond. This is the same location where leachate pond samples have been collected during past monitoring events.

Annual sampling of leachate wells GR-7R and GR-8R occurred in May 2006. These points were sampled using a disposable bailer. Field readings were measured and recorded prior to filling sample bottles.

### 2.2.1     Laboratory Analysis and Monitoring Parameters

Aqueous samples collected at the Redwood Landfill were submitted for chemical analysis to Severn Trent Laboratories (STL) in Arvada, Colorado, via next day (morning) Federal Express delivery. STL is certified by the State of California for performing the chemical analysis associated with this project. Supplemental leachate pond samples collected and analyzed for volatile organic compounds (VOCs) during the First and Second Quarter 2006 were sent to McCampbell Analytical, Inc. (McCampbell) of Pacheco, California, a State of California certified laboratory. Laboratory analytical reports for groundwater, leachate, and leachate pond samples are included in Appendices B, C, and D, respectively.

## 2.3     GROUNDWATER ANALYTICAL LABORATORY RESULTS

The groundwater analytical results for the First Semiannual 2006 monitoring event, which was conducted on May 1 and 2, 2006, are summarized in Table 5. The laboratory reports are included in Appendix B. Two VOCs, acetone and carbon disulfide, were detected in one or more of the samples collected on May 1, 2006. Acetone and carbon disulfide were detected in wells MWH-21, MWH-18, MWH-09, and MWH-08 and carbon disulfide was detected in wells P-10 and MWH-19. Acetone and carbon disulfide were also detected in the field blank associated with these samples, indicating the possible presence of laboratory or field contamination. These detections are further discussed in Section 4.2

The inorganic results of the May 2006 sampling event were generally within historical concentration ranges. Statistical analyses of the inorganic monitoring parameters (total organic carbon [TOC], total kjeldahl nitrogen [TKN], and total iron) are discussed in Section 4.1.

## 2.4    LEACHATE MONITORING WELLS RESULTS

Leachate levels were measured using a water level meter on February 14, 2006 and May 2, 2006, and are summarized in Table 4. Liquid elevations were not calculated for leachate wells GR-9R, GR-10R, and GR-11R because reference point elevations for these wells are not available at this time. As stated earlier, the leachate body is not contoured due to a lack of lateral continuity within the waste mass as demonstrated in the Leachate Management and Monitoring Annual Report October 2004 through September 2005(GeoSyntec Consultants, March 20, 2006).

Per Order No. 95-110, two leachate monitoring wells must be sampled annually. Leachate wells GR-7R and GR-8R were sampled during the May 2006 monitoring event. Analytical results are summarized in Table 6. The laboratory reports are included in Appendix C. As required in the WDR, leachate well sampling locations are rotated each year, therefore, two of the three remaining leachate monitoring wells GR-9R, GR-10R, or GR-11R will be selected to satisfy this requirement for the next annual leachate monitoring event.

## 2.5    LEACHATE COLLECTION SYSTEM POND SAMPLE RESULTS

The leachate pond was sampled during the First and Second Quarters of 2006. Analytical results for the leachate pond samples are summarized in Table 7. The laboratory reports for the First and Second Quarters 2006 leachate pond samples are included in Appendix D. The inorganic data are generally within historical ranges.

No VOCs were detected in the First Quarter 2006 (February 14, 2006) samples of the liquid from the leachate pond and leachate tank truck discharge. These samples were analyzed by Title 40 Code of Federal Regulations (40 CFR) Appendix I VOC parameter list and methyl-t-butyl ether. Supplemental samples collected from these locations on February 9, 2006 were sent to McCampbell for VOC analysis. McCampbell uses an extended VOC list that includes several fuel oxygenates not included in the 40 CFR Appendix I and II lists generally used for characterization of groundwater and leachate at waste sites. Fuel related tertiary-butyl alcohol (TBA) was detected in the leachate pond sample and TBA, toluene, and 4-isopropyl toluene were detected in the leachate tank truck discharge. TBA and toluene are included in some motor fuel formulations. Note that other hydrocarbon fuel related constituents such as methyl-tertiary-butyl ether and benzene were not detected in any First Quarter 2006 leachate pond samples.

Acetone and methylene chloride were detected above the reporting limit in the Second Quarter 2005 (May 9, 2006) leachate pond sample. Methylene chloride was also detected in the method blank associated with the sample indicating possible laboratory contamination. In addition, STL stated that acetone and methylene chloride are believed to be laboratory contamination due to laboratory background levels being 4.5 and 0.5 μg/l. Due to a foamy matrix, the leachate pond sample sent to STL required dilution. A dilution factor was applied to the method detection limit in order to attempt to maintain the project reporting limits. A supplemental leachate pond

sample was collected on the same day and submitted to McCampbell. TBA was detected in this leachate pond sample but no acetone or methylene chloride, supporting laboratory contamination in the sample sent to STL.

It should be noted that liquid from the leachate pond was not used for dust control after December 9, 2005. However, Redwood started spreading leachate on June 5, 2006 pursuant to a letter submitted to David Elias of the RWQCB on May 25, 2006. Leachate is only being spread in areas that drain to the leachate pond or in areas where the interim soil cover will be removed, covered with clean fill, or will be graded to drain to the leachate pond.

## 3.0    LABORATORY QUALITY ASSURANCE
### AND QUALITY CONTROL FOR GROUNDWATER SAMPLES

The following section highlights information presented in the STL Quality Control Summary contained in each of the First Semiannual 2006 laboratory analytical reports for groundwater samples. For more detail, please review the appropriate portions of the laboratory reports.

### 3.1    TRIP BLANKS AND FIELD BLANKS

Trip and/or field blank samples were submitted to STL with the samples collected on May 1 and 2, 2006 and analyzed for VOCs using EPA Method 8260B.

No VOCs were detected in the trip blanks associated with May 1 and 2, 2006 groundwater samples. Acetone and carbon disulfide were detected in the field blank sample collected on May 1, 2006, at concentrations above the requested reporting limit. Because these analytes were detected in the field blank and in associated samples, there is a possibility of laboratory or field contamination.

### 3.2    TEMPERATURES, HOLDING TIMES, AND SAMPLE CONDITIONS

Samples collected during this monitoring period arrived at STL with temperatures measured at between 0.8 and 3.0 degrees Celsius.

All samples for the First Semiannual 2006 monitoring event were reportedly analyzed within the required holding times as determined by the analytical method.

### 3.3    SAMPLE SURROGATE RECOVERIES

STL stated that the Method 8260B surrogate recovery of 1,2-dichloroethane-d4 was above control limits for sample MWH-24. However, because the data are considered to be biased high and all Method 8260B target analytes in the sample were non-detect, corrective action was deemed unnecessary. All other surrogate recoveries for EPA Method 8260B in the First Semiannual 2006 were within acceptable ranges for all samples.

### 3.4    METHOD BLANKS

All laboratory method blanks processed with groundwater samples for the First Semiannual 2006 monitoring event were within established control limits.

### 3.5    LABORATORY CONTROL SPIKES

The percent recoveries of the matrix spike/matrix spike duplicate and/or relative percent difference for May 1 and 2, 2006 groundwater samples were not calculated for TKN (Method 351.2) analysis due to dilution or the presence of interfering analytes. The Method 351.2 matrix spike/matrix spike duplicate was performed on the sample MWH-21.

The matrix spike/matrix spike duplicate could not be performed for Method 8011 for groundwater samples collected during the First Semiannual 2006 due to insufficient sample volume; however, a laboratory control spike/laboratory control spike duplicate pair was analyzed to demonstrate method precision.

All other matrix spike/matrix spike duplicate samples for the First Semiannual 2006 monitoring event were within established control limits.

## 3.6    DUPLICATES

A duplicate sample was collected at well MWH-21 during the First Semiannual 2006 event. With the exception of the detection of carbon disulfide in the duplicate sample, results were consistent with the original sample results. In addition, acetone was detected in both the primary and duplicate samples. Acetone and carbon disulfide were also detected in the field blank associated with the samples indicating the presence of possible laboratory or field contamination. Section 4.2 will discuss VOC discussions in more detail.

## 4.0    EVALUATION OF GROUNDWATER ANALYTICAL RESULTS

### 4.1    INORGANIC RESULTS AND STATISTICAL ANALYSIS

Inorganic groundwater monitoring data are statistically evaluated for detection monitoring purposes in accordance with 27 CCR 20415 and 20420, and site Order 95-110. The site-specific detection monitoring parameters TKN, TOC, and total iron are statistically evaluated using Shewhart-Cumulative Summary (CUSUM) control charts (ASTM, 1998; Gibbons, 1994; USEPA, 1989; USEPA, 1992) prepared by GeoChem Applications using DUMPStat$^{TM}$ statistical modeling software (Appendix E).

Site detection monitoring wells are evaluated on an "intrawell" basis which compares each well's historical background data set to newly collected monitoring data. Control chart limits calculated using well-specific background data represent statistical background for each parameter/well combination. Background concentrations are fixed for a period of two years and are generally updated at the end of that time (by request and upon approval from the RWQCB) for all wells that have not exhibited a verified statistical exceedance. The background time window that was updated to October 2001 was used throughout this monitoring event. Since a two year period has passed since the last update was completed, WM will be evaluating the need for a new update of the background dataset, and if so required, notify the RWQCB of the planned dataset update.

Historically, both total iron and dissolved (filtered) iron samples have been analyzed. In the future, samples will only be analyzed for dissolved iron. Currently, the statistical database contains a sufficient number of background values for total iron but not for dissolved iron. Samples are being collected in order to build a background data set for dissolved iron. Until there is a large enough database for statistical analysis of dissolved iron, both filtered and unfiltered iron samples will be collected but statistical comparisons will be conducted only on the total iron data. Once sufficient background for dissolved iron data has been collected, statistical analysis will be performed for this parameter and total iron will no longer be sampled.

The statistical analysis of the Bay Mud and alluvial wells during the First Semiannual 2006 event did not identify any statistical increases. In addition, it should be noted that both the CUSUM and actual concentration values for TKN in well P-6B were below the respective control limit during the current monitoring period. An Optional Demonstration Report (ODR) completed by GeoChem Applications (December 6, 2006) concluded that a previously identified verified statistical increase for TKN in P-6B was not the result of anthropogenic processes but rather was due to natural formation and accumulation of nitrogenous compounds resulting from favorable geologic, geochemical, and biological conditions (a reducing environment and organic-rich, fine-grained sediments found in the Bay Mud).

The results of the statistical analysis are presented in Appendix E.

## 4.2    ORGANIC RESULTS

Results of organic detection monitoring parameters (i.e., VOCs) are evaluated using the California Non-Statistical Method that relies on the use of method detection limits and method reporting limits to identify potential measurably significant results.    Common field and laboratory contaminants (such as acetone and methylene chloride) are typically excluded from this evaluation as they produce an excessive false-positive error rate.

As discussed earlier, during the First Semiannual 2006 monitoring event, acetone and carbon disulfide were detected in wells MWH-21, MWH-18, MWH-09, and MWH-08 and carbon disulfide was detected in wells P-10 and MWH-19.  Acetone and carbon disulfide were detected in the field blank associated with these samples indicating the possible presence of laboratory or field contamination.  A laboratory Data Quality Review (DQR) completed on June 22, 2006 verified the validity of the reported laboratory analysis. WM provided verbal notification of the VOC detections to the RWQCB on Friday June 23, 2006 and written notification in a letter dated June 28, 2006.  In spite of the presence of these compounds in the field blank, resampling for the detected VOCs in noted wells was completed on July 11, 2006.  Resampling results will be submitted under separate cover.

## 5.0     WASTE DISPOSAL INFORMATION

This section provides information that satisfies the waste discharge reporting requirements of the facilities' MRP or information requested by the RWQCB. Redwood Landfill personnel provided waste disposal information. This section summarizes monitoring activities for the First Semiannual period (January through June 2006).

### 5.1     WASTE DISPOSAL VOLUMES

The Redwood Landfill has been operating since 1958 and is the primary landfill serving Marin County. During the First Semiannual 2006 period, January 1 through June 30, 2006, the facility received an average of 1,183 tons of municipal solid waste and construction and demolition material per day and 63 wet tons of non-hazardous sludge per day from various sources throughout the San Francisco Bay Area. Redwood Landfill provided fill area location maps for the First Semiannual monitoring period (Appendix F).

The quarterly waste disposal tonnages are presented below. The refuse tonnage information is also reported under separate cover to Marin County, on a quarterly basis.

Tonnage

| Quarter | Refuse Weight (tons) | Sludge Weight (tons) |
|---|---|---|
| First Quarter 2006 | 89,726 | 3,753 |
| Second Quarter 2006 | 93,700 | 6,026 |
| Total 2006 | 183,426 | 9,779 |

### 5.2     STANDARD OBSERVATIONS

Standard perimeter observations required by the WDR are conducted on a weekly basis by WM. These perimeter observations include odors, weather conditions, erosion, ponding, leachate seeps, and condition of pumping facilities. Standard perimeter observations records are filed, and are available for review, at the Redwood Landfill.

The Redwood Landfill is required to make observations of its perimeter by its Storm Water Pollution Prevention Plan and to be in compliance with their Industrial Activities Storm Water General Permit (Waste Discharger Identification No. 2 21S000012). These observations include discoloration, turbidity, presence or absence of floating material, and flow rate at the receiving waters. Locations of the storm water monitoring outlets and storm water observation records for this monitoring period (provided by the Redwood Landfill) are presented in Appendix F.

### 5.3     LEACHATE MONITORING/CONTROL FACILITIES

To prevent potential migration of leachate beyond the perimeter of the landfill, Redwood Landfill operates a leachate collection and removal system (LCRS). The perimeter LCRS provides

continuous collection, removal, and conveyance of leachate to the onsite leachate impoundment (leachate pond). Between January 1, 2006 and June 30, 2006 approximately 10.8 million gallons of leachate were collected.

Annual leachate characterization sampling that is required by the WDR/MRP was completed in May 2006. Results are summarized in Table 6 and discussed in Section 2.4 of this report.

The leachate pond impoundment is sampled on a quarterly basis (Table 7). If no VOCs are detected and inorganic parameters concentrations are less than background concentrations, Redwood Landfill uses the leachate from the impoundment for dust control on approved areas of the landfill. Section 2.5 discussed first and second quarter leachate pond sampling results.

## 5.4    ELECTRONIC SUBMITTAL

This report titled "*First Semiannual Groundwater Monitoring Report for the Period Ending June 30, 2006*" for Redwood in Adobe Acrobat format, water levels, and electronic data submittal (when viable), will be submitted through the State Water Quality Control Board Geotracker Information System. In addition, a diskette with a copy of this report in Adobe Acrobat format will be included in the report submitted to the RWQCB.

## 6.0    CONCLUSIONS

The groundwater sampling and analysis required by Order No. 95-110 were completed during the First Semiannual 2006 period.

Two VOCs, acetone and carbon disulfide, were detected in one or more of the samples collected on May 1, 2006.  Acetone and carbon disulfide were detected in wells MWH-21, MWH-18, MWH-09, and MWH-08 and carbon disulfide was detected in wells P-10 and MWH-19.  In addition, acetone and carbon disulfide were detected in the field blank associated with these samples indicating the possible presence of laboratory or field contamination.  WM provided verbal notification of the VOC detections to the RWQCB on Friday June 23, 2006 and written notification in a letter dated June 28, 2006. Resampling for the detected VOCs in the above noted wells was completed on July 11, 2006.  Resampling results will be submitted under separate cover.

No indications of a statistical increase were identified in the groundwater data from the First Semiannual 2006 monitoring period.