**EXHIBIT 4**

**NORTHERN CALIFORNIA RIVER WATCH v. WASTE MANAGEMENT, et al.**

**No. C-07-5058 WHA**

# SECOND SEMIANNUAL AND ANNUAL GROUNDWATER MONITORING REPORT PERIOD ENDING DECEMBER 31, 2004

**Redwood Landfill**
**County of Marin, California**

**Prepared For:**



**Waste Management**
**8950 Redwood Highway**
**Novato, California 94945**

**Prepared By:**

**S C S   E N G I N E E R S**

**SCS Engineers**
**3900 Kilroy Airport Way, Suite 100**
**Long Beach, California 90806-6816**
**(562) 426-9544**

**January 2005**
**SCS File No. 01202208.00**

## TABLE OF CONTENTS

1.0   INTRODUCTION.................................................................................................1
  1.1   Scope and Purpose .........................................................................................1
  1.2   Site Description and Background ....................................................................1
  1.3   Hydrogeologic Setting ...................................................................................1
2.0   FIELD PROGRAM, MONITORING RESULTS, AND DISCUSSION .....................3
  2.1   Well Network, Elevation Measurements and Gradient ...................................3
    2.1.1   Well Network/Monitoring Frequency.....................................................3
    2.1.2   Groundwater Elevation Measurements....................................................3
    2.1.3   Groundwater Gradient............................................................................4
  2.2   Field Program..................................................................................................4
    2.2.1   Laboratory Analysis and Monitoring Parameters .................................5
  2.3   Groundwater Analytical Laboratory Results....................................................5
  2.4   Leachate Monitoring Wells Results ................................................................5
  2.5   Leachate Collection System Pond Sample Results............................................6
3.0   LABORATORY QUALITY ASSURANCE AND QUALITY CONTROL FOR
GROUNDWATER SAMPLES ..........................................................................................7
  3.1   Trip Blanks......................................................................................................7
  3.2   Holding Times and Temperatures.....................................................................7
  3.3   Sample Surrogate Recoveries .........................................................................7
  3.4   Method Blanks .................................................................................................7
  3.5   laboratory control samples ............................................................................7
  3.6   Laboratory Control Spikes ..............................................................................8
  3.7   Initial Calibration, Continuing Calibration, and Internal Machine Standards ..............8
  3.8   Duplicates .......................................................................................................8
4.0   EVALUATION OF GROUNDWATER ANALYTICAL RESULTS............................9
  4.1   Inorganic Results and Statistical Analysis ......................................................9
  4.2   Organic Results...............................................................................................11
  4.3   Historical Inorganic and Organic Results Evaluation ....................................12
5.0   WASTE DISPOSAL INFORMATION ........................................................................13
  5.1   Waste Disposal Volumes ................................................................................13
  5.2   Standard Observations ....................................................................................13
  5.3   Leachate Monitoring/Control Facilities ...........................................................14
  5.4   Electronic Report Submittal............................................................................14
  5.5   Compliance Record..........................................................................................14
6.0   CONCLUSIONS...........................................................................................................15
7.0   REFERENCES.............................................................................................................16

## LIST OF FIGURES, TABLES, AND APPENDICES

**FIGURES**

1    Project Site Location Map
2    Groundwater and Leachate Monitoring Network
3    Groundwater Elevation and Contour Map for Bay Mud Monitoring Wells, May 2004
4    Groundwater Elevation and Contour Map for Bay Mud Monitoring Wells, November 2004

**TABLES**

1    Groundwater Monitoring Network and Well Construction
2    Groundwater Monitoring Parameters
3    Groundwater Elevation Summary
4    Leachate Level Summary
5    Analytical Results for Groundwater Monitoring Wells
6    Leachate Analytical Results
7    Analytical Results for Quarterly Leachate Pond

**APPENDICES**

A    Signature Page of Waste Management Groundwater, Surface Water, and Leachate Sampling Standard and Field Information Forms
B    Laboratory Analytical Reports for Groundwater Samples
C    Laboratory Analytical Reports for Leachate Pond Samples
D    Statistical Control Charts
E    Waste Disposal Information and Storm Water Observation Records
F    Annual Graphical Data Summary



**SECOND SEMIANNUAL AND ANNUAL GROUNDWATER MONITORING REPORT
PERIOD ENDING DECEMBER 31, 2004, REDWOOD LANDILL, COUNTY OF MARIN,
CALIFORNIA**
*SCS Engineers Project No. 01202208.00*

Ashley P. Hutchens
Staff Scientist

Tina Quo Schmiesing, R.E.A.
Project Manager

Kenneth H. Lister, Ph.D., C.E.G., C.H.G.
Project Director
January 2005

# 1.0   INTRODUCTION

## 1.1   SCOPE AND PURPOSE

This report summarizes the results of the Second Semiannual and Annual 2004 monitoring period at the Redwood Landfill, Inc. (Redwood Landfill) in Marin County, California (Figure 1). The Second Semiannual 2004 monitoring activities were conducted by SCS Engineers (SCS) from July 1 through December 31, 2004, during the Third and Fourth Quarters of 2004.

The *Monitoring and Reporting Program (MRP) for Redwood Landfill* (HLA, 1994) was approved by the Regional Water Quality Control Board, San Francisco Bay Region (RWQCB) in 1995 (Redwood Landfill, 1995) and was used to develop the Revised Waste Discharge Requirements and Discharge Monitoring Program, Order No. 95-110. Order No. 95-110 was established by the RWQCB and adopted on May 24, 1995 (RWQCB, 1995).

The groundwater monitoring program at the Redwood Landfill incorporates permanent monitoring elements to confirm environmental protection during and after landfill development. Sampling methodologies, chemical analysis, data evaluation, data quality assurance and quality control (QA/QC), and statistical analysis were conducted in general accordance with Order 95-110, the approved MRP, and the Waste Management (WM) Groundwater, Surface Water, and Leachate Sampling Standard (WM, June 2001). Necessary field or laboratory modifications to the standard are documented accordingly in the appropriate sections of this report. Appendix A includes the signed acknowledgements of the field team confirming they are familiar with the June 2001 WM Sampling Standard.

## 1.2   SITE DESCRIPTION AND BACKGROUND

Redwood Landfill is owned and operated by WM. The Redwood Landfill is located 4 miles north of the City of Novato in Marin County, California. Since 1958, the Redwood Landfill has been operating as a Class III refuse disposal and Class II temporary sludge storage, disposal, and drying/processing facility. During the second half of the 2004 calendar year, the Redwood Landfill received an average of 1,105 tons of municipal solid waste and construction and demolition material per day and 70 wet tons of nonhazardous sewage sludge per day from various sources throughout the region encompassing the San Francisco Bay Area. The Redwood Landfill also periodically receives additional materials including industrial waste, incinerator ash, grit and grease, storm-drain cleanings, nonhazardous holding tank pumpings, petroleum-contaminated soil, treated wood, dredge material, and triple-rinsed chemical containers.

## 1.3   HYDROGEOLOGIC SETTING

The Redwood Landfill borders the western section of a wetlands region of the Petaluma River drainage. An 8 to 10 foot high levee separates the eastern portion of the Redwood Landfill from San Antonio Creek and the wetlands area (Geomatrix, 2000).

Groundwater occurs in the Franciscan Formation bedrock, Pleistocene alluvium, and Holocene Bay Mud that underlie the Redwood Landfill. Investigations at the Redwood Landfill (HLA,

1994) have primarily concentrated on groundwater occurrence and flow within the Bay Mud. Channel deposits within the Bay Mud unit represent the uppermost aquifer that can be effectively monitored at the site. The channel deposits, consisting of sand and silt, preferentially transmit groundwater. The fine-grained materials surrounding the channel deposits exhibit very low hydraulic conductivity and therefore relatively low groundwater flow velocities (Geomatrix, 2000). In general, groundwater flow direction in the Bay Mud is southerly towards the San Francisco Bay.

The Pleistocene alluvium consists of sand, silt and clay. Lenses of permeable materials within the alluvium may contain groundwater. Wells P-5B, P-6B, P-10, and MWH-25R monitor these permeable materials (Table 1). As with the Bay Mud, general groundwater flow direction is southerly.

## 2.0    FIELD PROGRAM, MONITORING RESULTS, AND DISCUSSION

## 2.1    WELL NETWORK, ELEVATION MEASUREMENTS AND GRADIENT

### 2.1.1    Well Network/Monitoring Frequency

The monitoring well network at the Redwood Landfill includes eight Bay Mud monitoring wells (MHW-8, MWH-9, MWH-18, MWH-19, MWH-21, MWH-24, P-2R, and P-17C) sampled semiannually, four alluvial monitoring wells (P-5B, P-6B, P-10, and MWH-25R) sampled semiannually, and five leachate wells (GR-7R, GR-8R, GR-9R, GR-10R, and GR-11R) two of which are required to be sampled on an annual basis. The Leachate Collection System Pond (Leachate Pond) is sampled on a quarterly basis. Information on the Bay Mud and alluvial well network, including well construction details, is presented in Table 1. The monitoring points, monitoring parameters, and sampling frequencies are summarized in Table 2.

Changes to the monitoring network since 2000 include the decommissioning of leachate wells 2GR-1R and 2GR-5R in June 2001. These wells were replaced by leachate wells GR-9R, GR-10R, and GR-11R in October 2002. Due to the sale of a section of the property that included alluvial monitoring well MWH-25, this well was replaced with a new well, MWH-25R, in 2001. Well MWH-25R was sampled on a quarterly basis, between Second Quarter 2001 and Fourth Quarter 2002, in order to establish a background data set. Since the background data set was completed during the Fourth Quarter of 2002, well MWH-25R is now included in the semiannual sampling of the alluvial and Bay Mud wells, as required by the RWQCB in a letter dated May 12, 2003. Well MWH-25 will be abandoned at a later date. Locations of groundwater and leachate monitoring wells are depicted on Figure 2.

Order No. 95-110 states that the alluvial wells should be scheduled for biennial (once every two years) monitoring. However, in 2001, the RWQCB revised the sampling frequency for alluvial wells to semiannually (RWQCB, July 13, 2001).

Annual leachate well samples were collected on May 19, 2004 and summarized in the SCS July 2004 Semiannual Groundwater Monitoring Report and Section 2.4 of this report.

During the Second Semiannual 2004 monitoring period, two sampling events (Third Quarter and Second Semiannual event of 2004) were completed.

- The Third Quarter 2004 program included routine quarterly sampling of the leachate pond and measurement of liquid levels at leachate wells.

- During the Second Semiannual 2004 sampling event, liquid level measurements at monitoring wells and leachate wells, sampling of Bay Mud and alluvial wells, and quarterly sampling of the leachate pond were conducted.

### 2.1.2    Groundwater Elevation Measurements

On November 17, 2004, prior to initiation of groundwater purging and sampling activities, depth to water was measured to the nearest hundredth of a foot, relative to a surveyed reference point.



Groundwater elevations are summarized in Table 3. Figures 3 and 4 show groundwater elevation and contour maps for the Bay Mud wells using water levels from the May 2004 and November 2004 monitoring events.

### 2.1.3   Groundwater Gradient

For November 2004, the potentiometric surface for the Bay Mud monitoring wells varied in elevation across the Redwood Landfill from approximately 1.50 to 7.18 above feet mean sea level (Table 3). A horizontal groundwater gradient of 0.0025 feet per foot (ft/ft) is indicated, with an overall southerly flow direction (Figure 3).

The average horizontal groundwater velocity in the Bay Mud, the target water-bearing zone downgradient of the landfill, was estimated using the following equation:

$$v = (K_h i)/n_e$$

Where:

$v$ = average groundwater velocity,
$K_h$ = aquifer horizontal hydraulic conductivity,
$i$ = average hydraulic gradient (vertical change in groundwater elevation/ corresponding horizontal distance), and
$n_e$ = effective aquifer porosity.

The calculation utilizes an average hydraulic conductivity value of 0.0063 feet per day (HLA, 1990), an average gradient of 0.0025 ft/ft and an effective porosity of 0.2 (US EPA, 1985). The average groundwater flow velocity was calculated as $7.9 \times 10^{-5}$ feet per day.

The November 2004 groundwater flow direction, gradient and velocity are generally similar to previous monitoring events.

### 2.2   FIELD PROGRAM

The Second Semiannual 2004 event for groundwater, which took place November 17 and 18, 2004, included sampling of eight Bay Mud monitoring wells and four alluvial monitoring wells.

Prior to sample collection, the wells were purged using dedicated QED Well Wizard pump systems, in accordance with low flow/minimal drawdown purging techniques. During purging, water was monitored periodically for pH, electrical conductivity (EC), temperature, and turbidity. After stabilization of the field parameters was reached, purging was discontinued, and a sample was collected using the bladder pump. Purge water from each of the groundwater wells was collected and disposed of at the Leachate Pond. All groundwater samples requiring field filtering were filtered using in-line disposable 0.45-micron filters. Field Information Forms, which include well equipment information, field parameter measurements, purge volumes, and general field comments, are provided in Appendix A.

Quarterly leachate pond samples were collected on July 15, 2004 and November 17 and 19, 2004. In addition, annual sampling of leachate wells GR-7R and GR-8R occurred in May 2004. These points were sampled using a disposable bailer. Field readings were measured and recorded prior to filling sample bottles.

### 2.2.1  Laboratory Analysis and Monitoring Parameters

All aqueous samples collected at the Redwood Landfill were submitted for chemical analysis to Severn Trent Laboratories (STL) in Arvada, Colorado, via next day (AM) Federal Express delivery. STL is certified by the State of California for performing chemical analysis for landfill sites. Laboratory analytical reports for groundwater and leachate pond samples are included in Appendices B and C, respectively.

### 2.3    GROUNDWATER ANALYTICAL LABORATORY RESULTS

The groundwater analytical results for the Second Semiannual 2004 monitoring event, which was conducted on November 17 and 18, 2004, are summarized in Table 5 along with First Semiannual 2004 data results. With the exception of acetone, 2-butanone, and carbon disulfide no volatile organic compounds (VOCs) were detected at concentrations at or above the reporting limit (RL) at any of the groundwater monitoring wells during the November 2004 event. Acetone and 2-butanone were detected in well P-10 sample and the duplicate sample from well MWH-19 at concentrations ranging from 9.6 to 21 µg/L, however, these two constituents were also detected in the associated trip blank indicating field or laboratory contamination. Carbon disulfide was detected in samples from wells MWH-09 and MWH-21 at a concentration of 1.1µg/L in both wells.

In a letter dated December 14, 2004, WM notified the RWQCB of the carbon disulfide detections in wells MWH-09 and MWH-21 and the detection of acetone and 2-butanone in the MWH-19 duplicate sample, P-10, and associated trip blank. A data quality review (DQR) completed by STL on December 13, 2004, found no errors in the laboratory analysis for these VOCs. Resampling was conducted on December 28, 2004, at all of these wells even though the detections of acetone and 2-butanone were likely associated with laboratory or field contamination. The analytical results of the resampling indicated no detectable concentrations of any of these analytes. This information was relayed to the RWQCB in a WM letter dated January 20, 2004. The laboratory reports for these samples are included in Appendix B. Carbon disulfide is further discussed in Section 4.2.

The inorganic results of the November 2004 sampling event were generally within historical concentration ranges. Statistical analyses of the inorganic monitoring parameters (total organic carbon [TOC], total kjeldahl nitrogen [TKN], and total iron) are discussed in Section 4.1.

### 2.4    LEACHATE MONITORING WELLS RESULTS

Leachate levels were measured using a water level meter on July 15, 2004 and November 17 and 19, 2004, and are summarized in Table 4. Liquid elevations were not calculated for leachate

wells GR-9R, GR-10R, and GR-11R because reference point elevations for these wells are not available at this time.

Per Order No. 95-110, two leachate monitoring wells are required to be sampled annually. Leachate wells GR-7R and GR-8R were sampled during the First Semiannual 2004 period, and this data was presented in the First Semiannual Groundwater Monitoring Report (SCS, July 2003). Table 6 summarizes the annual leachate well data. The next annual event requires two different leachate wells to be sampled, which will likely be two of the three other existing leachate wells GR-9R, GR-10R, and/or GR-11R.

## 2.5     LEACHATE COLLECTION SYSTEM POND SAMPLE RESULTS

The leachate pond was sampled during the Third Quarter and Second Semiannual event of 2004. Analytical results for the leachate pond samples are summarized in Table 7. The inorganic data are generally within historical ranges. In the Third Quarter 2004, acetone was detected in the leachate pond sample at a concentration of 21 µg/L. A resample was collected from the leachate pond on August 12, 2004 and contained 25 µg/L of acetone. The leachate pond samples were collected from the pond near the conveyance pipe that deposits leachate into the pond. This is the same location where leachate pond samples have been collected during past monitoring events. A second resample was collected on August 27, 2004. This was collected directly from the tank truck discharge to better reflect actual leachate pond liquid quality as used. Results of the second resample indicated no detectable concentrations of acetone. No VOCs were detected in the leachate pond resample from the Second Semiannual event of 2004. The laboratory reports issued by STL are included in Appendix C.

## 3.0    LABORATORY QUALITY ASSURANCE
## AND QUALITY CONTROL FOR GROUNDWATER SAMPLES

The following highlights some of the information presented in the STL Quality Control Summary contained in each of the laboratory analytical reports for groundwater samples. For more detail, please review the appropriate portions of the laboratory reports.

### 3.1    TRIP BLANKS

Trip blank samples were submitted to STL with the samples collected on November 17 and 18, 2004 and analyzed for VOCs using EPA Method 8260B. Acetone and 2-butanone were detected in the trip blank sample collected on November 17, 2004, at levels above the requested reporting limit. STL states that since acetone and 2-butanone were also detected in two of the associated samples at similar levels, field or laboratory contamination is indicated.

### 3.2    HOLDING TIMES AND TEMPERATURES

All samples for the Second Semiannual 2004 monitoring event were reportedly analyzed within the required holding times as determined by the analytical method.

Samples collected during this monitoring period arrived at STL with temperatures measured at between 2.7 and 4.4 degrees Celsius.

### 3.3    SAMPLE SURROGATE RECOVERIES

The surrogate recovery of 1,2-dichloroethane-d4 (Method 8260B) was above control limits for the trip blank sample collected on November 18, 2004. However, STL states that because the data are considered to be biased high and all Method 8260B target analytes in the samples were non-detect no further corrective action was performed.

### 3.4    METHOD BLANKS

For the groundwater samples collected during the Second Semiannual 2004 monitoring event, the Method 8011 surrogate recovery of 1,2-dibromopropane was above control limits in the method blanks. STL states that because the data are considered to be biased high and all Method 8011 target analytes in the method blanks and associated samples were non-detect, corrective action was deemed unnecessary.

### 3.5    LABORATORY CONTROL SAMPLES

The Method 8011 laboratory control sample for Second Semiannual 2004 samples exhibited recoveries of 1,2-dibromoethane, 1,2-dibromo-3-chloropropane, and the surrogate 1,2-dibromopropane above control limits. However, STL states that since the data are considered to be biased high and all associated samples were non-detect for 1,2-dibromoethane and 1,2-dibromo-3-chloropropane, corrective action was deemed unnecessary.

## 3.6    LABORATORY CONTROL SPIKES

The matrix spike/matrix spike duplicate could not be performed for Method 8011 for groundwater samples collected on November 17 and 18, 2004 due to insufficient sample volume; however, a Laboratory Control Spike/Laboratory Control Spike Duplicate pair was analyzed to demonstrate method precision.

For samples collected on November 18, 2004, the percent recoveries of the matrix spike/matrix spike duplicate and/or relative percent difference were not calculated for total iron (Method 6010B) analysis because the sample concentration was greater than four times the spike amount.

The matrix spike/matrix spike duplicate performed on an unrelated samples (not site samples but analyzed in same sample batch) exhibited matrix spike and matrix spike duplicate recoveries outside control limits for several Method 8260B analytes and Method 8260B surrogates and/or total kjeldahl nitrogen (Method 351.2). Because the corresponding laboratory control samples and the method blank samples were within control limits, these anomalies may be due to matrix interference and no corrective action was taken.

All other matrix spike/matrix spike duplicate samples for the Second Semiannual 2004 monitoring event were within established control limits.

## 3.7    INITIAL CALIBRATION, CONTINUING CALIBRATION, AND INTERNAL MACHINE STANDARDS

The continuing calibration verification standard for 1,2-dibromoethane and 1,2-dibromo-3-chloropropane (Method 8011) exceeded the percent difference limits. However, the overall mean percent difference is within control limits, therefore, STL states that the continuing calibration verification is also in control and no corrective action was necessary. In addition, STL noted that all associated samples were non-detect for 1,2-dibromoethane and 1,2-dibromo-3-chloropropane.

## 3.8    DUPLICATES

On November 17, 2004, a duplicate sample was collected at well MWH-19 for the Second Semiannual 2004 event. Duplicate sample results were consistent with the original sample results with the exception of the detection of acetone and 2-butanone in the duplicate sample. As previously discussed, these two analytes were also detected in the associated trip blank indicating field or laboratory contamination and were not detected in the resamples collected from MWH-19 on December 28, 2004.

## 4.0    EVALUATION OF GROUNDWATER ANALYTICAL RESULTS

### 4.1    INORGANIC RESULTS AND STATISTICAL ANALYSIS

Inorganic groundwater monitoring data are statistically evaluated for detection monitoring purposes in accordance with 27 CCR 20415 and 20420, and site Order 95-110. The site-specific detection monitoring parameters TKN, TOC, and total iron are statistically evaluated using Shewhart-CUSUM control charts (ASTM, 1998; Gibbons, 1994; USEPA, 1989; USEPA, 1992) prepared by GeoChem Applications using DUMPStat[TM] statistical modeling software (Appendix D).

Site detection monitoring wells are evaluated on an "intrawell" basis which compares each well's historical background data set to newly collected monitoring data. Control chart limits calculated using well-specific background data represent statistical background for each parameter/well combination. Background concentrations are fixed for a period of two years and updated at the end of that time for all wells that have not exhibited a verified statistical exceedance. The background time window was updated to October 2001 and was used through this monitoring event. Since the two year period has been completed, WM will be evaluating the need for updating the background dataset, and if so required, notify the RWQCB of the planned dataset update.

Historically, both total iron and dissolved (filtered) iron samples have been analyzed. Currently, the statistical database contains a sufficient number of background values for total iron but not for dissolved iron. Samples are being collected in order to build a background data set for dissolved iron. Until there is a large enough database for statistical analysis of dissolved iron, both filtered and unfiltered iron samples will be collected but statistical comparisons will be conducted only on the total iron data. Once sufficient background for dissolved iron data has been collected, statistical analysis will be performed for this parameter and total iron will no longer be sampled.

Results of the current statistical evaluation are presented in Appendix D and indicate measurably significant results for total iron in wells MWH-24 and MWH-25R. These results are summarized below and are similar to the results reported during the Second Semiannual 2003 monitoring period after which a verification resampling program was performed in accordance with 27 CCR 20415(e)(8)(E) and an Optional Demonstration Report (ODR) was prepared in accordance with 27 CCR 20420(k)(7)(B).

| Well | Current Statistical Control Chart Limit | Total Iron: 2nd Semiannual 2004 Monitoring Period (11/18/04) | Total Iron: 1st Semiannual 2004 Monitoring Period (5/19/04) | Total Iron: February 2004 Verification Resampling Event (2/4/04) | Total Iron: 2nd Semiannual 2003 Monitoring Period (12/4/03) |
|---|---|---|---|---|---|
| MWH-24 | 2.1 mg/L | 5.1 mg/L | 0.98 mg/L | 3.1 mg/L | 8.1 mg/L |
| MWH-25R | 9.3 mg/L | 15 mg/L | 1.3 mg/L | 12 mg/L | 11 mg/L |

The ODR, which was submitted to the RWQCB on May 17, 2004, presented significant evidence that the measurably significant results reported for total iron identified during the Second Semiannual 2003 monitoring period were related to natural processes occurring within a complex geochemical transition zone within the San Francisco Bay environment, rather than landfill impact. Specifically, the ODR concluded that the statistical increase of iron was an artifact of natural geochemical processes, particularly changes in redox conditions which were demonstrated to have significant effects on aqueous iron concentrations. This conclusion was further supported by observations that the elevated iron concentrations in the two wells were well within the range of iron concentrations for Bay Mud groundwater in the San Francisco Bay area and were significantly lower than the maximum iron concentration measured at hydraulically upgradient well P-20A. In addition, no VOCs or other indicators of potential landfill impact were identified.

Highly variable total iron concentrations, potentially ranging over 1 to 4 orders of magnitude, are a predictable and expected artifact of what can be large changes in redox conditions that can occur both spatially and temporally within the geochemical transition zone within which the site is located. Indeed, the monitoring event that followed the Second Semiannual 2003 monitoring event (i.e., the First Semiannual 2004 monitoring event; see table above) indicated that total iron concentrations in wells MWH-24 and MWH-25R were no longer measurably significant (i.e., below the statistical control chart limit). The recurrence of measurably significant results for total iron in wells MWH-24 and MWH-25R during the current (i.e., Second Semiannual 2004) monitoring period provides continued evidence of the natural geochemical variability of iron concentrations in site groundwater, as described in the May 17, 2004 ODR.

The problems associated with the use of iron and other naturally occurring monitoring parameters for detection monitoring purposes at Redwood Landfill were recognized by the RWQCB prior to the issuance of the May 17, 2004 ODR. WM and RWQCB staff met in April 2004 at which time RWQCB staff requested a proposal for updating the site's groundwater monitoring program to select more appropriate indicator parameters. In a follow-up meeting on June 18, 2004, WM presented RWQCB staff with a proposal that included the following findings and recommendations with respect to groundwater detection monitoring at Redwood Landfill:

• VOCs provide the greatest contrast (and are the most mobile indicator parameters); therefore, VOCs provide the least ambiguous data on possible landfill impacts, with the exception of the

few VOCs related to lab and/or field contamination (e.g., chloroform, methylene chloride) or natural occurrences (e.g., carbon disulfide).

- Inorganic/Water Quality Parameters that exhibit the highest concentration contrasts are limited to iron, TKN (or ammonia) and TOC. However, these parameters are redox sensitive or actively participate in biochemical reactions or both. These extraneous factors can be expected to impart much greater variability on concentrations than what is expected from the typical contaminant-release model whereby leachate with a higher concentration of a given parameter mixes with groundwater containing a lower concentration. Actual monitoring results have demonstrated these parameters to be particularly problematic for leak-detection monitoring purposes in the Redwood Landfill environment.

- Continued high rates of false-positive statistical monitoring results can be expected due to the geochemical complexity of the groundwater environments at Redwood Landfill.

- False-positive results can be mitigated by the collection of additional data for semi-quantitative analysis using Piper and Stiff diagrams. RWQCB recommended the current program be augmented to include routine monitoring of major cations (including barium) and anions and routine preparation of Piper and Stiff diagrams. Piper and Stiff diagrams will also include routine leachate analysis data to assess/evaluate the potential for mixing with background groundwater.

- Additional samples can be routinely collected from predetermined locations in the LCRS. These data can also be included in Stiff and Piper Diagrams to provide information on possible leachate-groundwater interaction.

- Some data support the observation that bicarbonate alkalinity proportions exceeding 20% are indicative of leachate. While this 20% level is not recommended as a "trigger" for immediate response action, it can be used as a guideline for closer inspection of the monitoring location.

A formal response to the above findings and recommendations from the RWQCB is pending. In the interim, Redwood Landfill continues to implement the existing monitoring program and perform statistical analysis on TKN, TOC, and total iron for informational purposes. Additionally, based on the May 17, 2004 ODR, no further action related to the current iron results in wells MWH-24 and MWH-25R is necessary as the aforementioned ODR fulfills the requirements of 27 CCR 20420.

## 4.2    ORGANIC RESULTS

Results of organic detection monitoring parameters (i.e., VOCs) are evaluated using the California Non-Statistical Method which relies on the use of method detection limits and method reporting limits to identify potential measurably significant results. Common field and laboratory contaminants are typically excluded from this evaluation as they produce an excessive false-positive error rate.

With the exception of acetone, 2-butanone, and carbon disulfide no VOCs were detected at concentrations above the method reporting limit at any of the groundwater monitoring wells during the November 2004 event. Acetone and 2-butanone were detected in the duplicate sample from well MWH-19 and the primary sample from well P-10 at concentrations ranging from 9.6 to 21 µg/L, however, these two constituents were also detected in the associated trip blank indicating field or laboratory contamination. Carbon disulfide was detected in samples from wells MWH-09 and MWH-21 at a concentration of 1.1µg/L.

As noted earlier, a laboratory DQR confirmed the VOC detections during the November 2004 event and WM provided written notification to the RWQCB on December 14, 2004. These wells were resampled for acetone, 2-butanone, and carbon disulfide on December 28, 2004 and no VOCs were detected. These results were presented to the RWQCB in a WM letter dated January 20, 2005.

An Optional Demonstration Report (ODR) submitted by SCS (September 9, 2003), documents the fact that carbon disulfide is a naturally-occurring substance in marsh-like areas and has been detected sporadically in groundwater during previous monitoring events. This is further discussed in the next section.

## 4.3    HISTORICAL INORGANIC AND ORGANIC RESULTS EVALUATION

During the Second Semiannual 2003 monitoring event, initial statistical increase for total iron were found in wells MWH-24 and MWH-25R. These statistical increases are discussed in detail in Section 4.1.

In September 2003, as a result of a carbon disulfide detection in well MWH-09 during the First Semiannual 2003 monitoring event, SCS completed an ODR, which concluded that carbon disulfide is a naturally occurring compound in marsh-like environments and is not an indication of a release from the landfill unit. The ODR recommended the redevelopment of well MWH-9 prior to the Second Semiannual 2003 sampling event. On November 12, 2003, SCS personnel cleaned and redeveloped well MWH-09 to remove the biological material. Carbon disulfide was not detected in the sample from MWH-09 or the duplicate sample from this well during the Second Semiannual 2003 monitoring event conducted in December 2003.

Carbon disulfide was detected in well MWH-18 during Second Semiannual 2003 sampling event completed in December 2003 at a concentration greater than the RL. The RWQCB was notified verbally on January 9, 2004 and in a letter on January 13, 2004. As noted in the WM letter dated February 3, 2004, two discrete samples were collected from MWH-18 on January 15, 2004, and carbon disulfide was not detected in the two resamples.

During the First Semiannual 2004 monitoring event, carbon disulfide was detected in samples from MWH-09 and MWH-18 at concentrations of 1.5 and 1.3 µg/L, respectively. This detection was reported to the RWQCB in the WM letter dated July 8, 2004. Resampling was conducted on July 15, 2004. As summarized in the WM letter dated August 23, 2004, carbon disulfide was not detected in the resamples.

## 5.0   WASTE DISPOSAL INFORMATION

This section provides information that satisfies the waste discharge reporting requirements of the facilities' MRP or information requested by the RWQCB. Redwood Landfill personnel provided waste disposal information. This section summarizes monitoring activities for the Second Semiannual monitoring period (July through December 2004), as well as references to annual monitoring information.

## 5.1   WASTE DISPOSAL VOLUMES

The Redwood Landfill has been operating since 1958 and is the primary landfill serving Marin County. During the Second Semiannual 2004 period, July 1 through December 31, 2004, the facility received an average of 1,105 tons of municipal solid waste and construction and demolition material per day and 70 wet tons of non-hazardous sludge per day from various sources throughout the San Francisco Bay Area. Redwood Landfill provided fill area location maps for the Second Semiannual monitoring period, which shows that all waste types are commingled and placed in the same general vicinity in any given month (Appendix E).

The quarterly waste disposal tonnages are presented below. The refuse tonnage information is also reported under separate cover to Marin County on a quarterly basis.

| | Tonnage | |
|---|---|---|
| Quarter | Refuse Weight (tons) | Sludge Weight (tons) |
| First Quarter 2004 | 85,315 | 9,975 |
| Second Quarter 2004 | 83,338 | 6,290 |
| Third Quarter 2004 | 86,635 | 4,060 |
| Fourth Quarter 2004 | 85,790 | 8,783 |
| Total 2004 | 341,078 | 29,108 |

## 5.2   STANDARD OBSERVATIONS

The Redwood Landfill is required to make observations of its perimeter for its Storm Water Pollution Prevention Plan to be in compliance with their Industrial Activities Storm Water General Permit (Waste Discharger Identification No. 2 21S000012). These observations include discoloration, turbidity, presence or absence of floating material, evidence of beneficial uses, and flow rate at the receiving waters. Locations of the storm water monitoring outlets and storm water observation records for this monitoring period (provided by the Redwood Landfill) are presented in Appendix E.

Other standard perimeters observations required by the WDR are conducted on a weekly basis by WM. These perimeter observations include odors, weather conditions, erosion, ponding,

leachate seeps, and condition of pumping facilities. Standard perimeter observations records are stored, and are available for review, at the Redwood Landfill.

## 5.3    LEACHATE MONITORING/CONTROL FACILITIES

To prevent potential migration of leachate beyond the perimeter of the landfill, Redwood Landfill operates a leachate collection and removal system (LCRS). The perimeter LCRS provides continuous collection, removal, and conveyance of leachate to the onsite leachate impoundment (leachate pond). The Leachate Pond is sampled on a quarterly basis (Table 7). If no VOCs are detected and inorganic parameters concentrations are less than background concentrations, Redwood Landfill uses the leachate from the impoundment for dust control on approved areas of the landfill.

As noted earlier, acetone was detected in the Third Quarter 2004 leachate pond sample. The leachate pond was resampled on August 12, 2004 and August 27, 2004. No acetone was detected in the August 27, 2004 resample. No VOCs were detected in the leachate pond sample collected in November 2004. The laboratory analytical reports for the leachate pond samples are included in Appendix C.

Between July 1, 2004 and December 31, 2004 approximately 6.4 million gallons of leachate were collected. Approximately 14.1 million gallons of leachate were collected during all of 2004.

Annual leachate characterization sampling was completed in May and is discussed in Section 2.4 of this report

## 5.4    ELECTRONIC REPORT SUBMITTAL

As recently requested by the RWQCB San Francisco Region, a diskette containing an electronic copy (PDF format) of this report has been attached to the RWQCB copy of this report. The data diskette also includes the annual summary data required by the WDR/MRP.

## 5.5    COMPLIANCE RECORD

No outstanding compliance issues were identified during 2004 at the Redwood Landfill, except for the earlier discussed detections of volatile organic compounds and initial statistical increases for total iron in selected wells. Groundwater quality is discussed in detail in Section 4.0. As required by the MRP, an annual graphical summary of groundwater data is included as Appendix F. No increasing or anomalous trends were observed in the graphical trend diagrams other than the previously discussed iron detections.

## 6.0     CONCLUSIONS

The groundwater and leachate sampling and analysis required by Order No. 95-110 were completed during the Second Semiannual 2004 period.

With the exception of acetone, 2-butanone, and carbon disulfide no VOCs were detected at concentrations above the RL at any of the groundwater monitoring wells during the Second Semiannual 2004 monitoring event. Acetone and 2-butanone were detected in the duplicate sample from well MWH-19 and well P-10, however, these two constituents were also detected in the associated trip blank indicating field or laboratory contamination. Carbon disulfide was detected in samples from wells MWH-09 and MWH-21. WM provided verbal and written notification to the RWQCB of the detections of acetone, 2-butanone, and carbon disulfide. Resampling of all wells with detections was conducted on December 28, 2004 and the RWQCB was notified of the results in a letter dated January 20, 2005. As indicated in the letter, no detections of acetone, 2-butanone, or carbon disulfide were observed in the resamples.

During the Second Semiannual monitoring event, initial indications of statistical increases for total iron was identified for wells MWH-24 and MWH-25R. SCS ODR dated May 17, 2004 found that the statistical increases of iron were an artifact of natural geochemical processes and the significant effect that slight changes in redox conditions can have on aqueous iron concentrations. The conclusion was further supported by observations that the iron concentration in the wells were well within the range of iron concentrations for Bay Mud groundwater in the San Francisco Bay area and were significantly lower than the maximum iron concentration measured at hydraulically upgradient well P-20A. Based on the May 17, 2004 ODR, no further action related to the current iron results in wells MWH-24 and MWH-25R is necessary as the aforementioned ODR fulfills the requirements of 27 CCR 20420.

No other indications of a statistical increase were identified in the groundwater data from the Second Semiannual 2004 annual monitoring period.

## 7.0    REFERENCES

California Code of Regulations, Title 27.

Environment Canada, 2000. The Ministers of Environment and Health. *Assessment Report - Carbon Disulfide.*

Geomatrix, January 15, 2000. *July Through December, Groundwater Monitoring Report,* Redwood Landfill, Inc., Novato, California.

Gibbons, Robert D. Ltd. and Discerning Systems, Inc., 2000, DUMPStat 2.1 Statistical Groundwater Monitoring Software Users Guide.

Harding Lawson Associates (HLA), October 1990. *Modifications to the Report of Waste Discharge,* Redwood Landfill, Inc. Novato, California.

Harding Lawson Associates (HLA), August 31, 1994. *Monitoring and Reporting Program,* Redwood Landfill, Inc. Novato, California.

Harding ESE, Inc., January 29, 2002. *Second Semiannual and Annual 2001 Monitoring Report,* Redwood Landfill, Novato, California.

Harding ESE, Inc., April 26, 2002. *Notice of Exceedance and Verification Resampling,* Redwood Landfill, Novato, California.

Harding ESE, Inc., April 26, 2002. *Groundwater Verification Resampling Results for Wells MWH-18 and MWH-25, Redwood Landfill, Novato, California.*

Harding ESE, Inc., July 8, 2002. *First Semiannual 2002 Monitoring Report, Redwood Landfill, Inc., Marin County, Novato, California.*

Harding ESE, Inc., January 31, 2003. *Second Semiannual and Annual 2002 Monitoring Report, Redwood Landfill, Inc., Marin County, Novato, California.*

Redwood Landfill, February 5, 1995. Letter correspondence to RWQCB regarding Draft Waste Discharge Requirements Review.

Redwood Landfill, September 15, 2000. Letter correspondence to RWQCB regarding Installation of Alluvial Well and Future Decommissioning of MWH-25.

Regional Water Quality Control Board, San Francisco Region (RWQCB), May 24, 1995. *Waste Discharge Requirements for Redwood Landfill,* Order Number 95-110.

RWQCB, July 13, 2001. Letter to Redwood Landfill entitled Clarification of Sampling Frequency of Alluvial Wells and Decommissioning of Leachate Wells, Redwood Landfill, Novato, CA.

RWQCB, May 12, 2003. Letter correspondence to Redwood Landfill regarding Decommissioning Well MWH-25, Redwood Landfill, Novato, California.

SCS Engineers, July 2003. *First Semiannual Groundwater Monitoring Report, Period Ending June 30, 2003. Redwood Landfill, County of Marin, California.*

SCS Engineers, September 9, 2003. *Optional Demonstration Report for Carbon Disulfide in MWH-09, Redwood Landfill, Novato, California* (letter).

SCS Engineers, January 2004. *Second Semiannual and Annual Groundwater Monitoring Report, Period Ending December 31, 2003. Redwood Landfill, County of Marin, California.*

SCS Engineers, May 17, 2004. *Optional Demonstration Report for Iron in wells MWH-24 and MWH-25R, Redwood Landfill, Novato, California* (letter).

SCS Engineers, July 2004. *First Semiannual Groundwater Monitoring Report, Period Ending June 30, 2004. Redwood Landfill, County of Marin, California.*

USEPA, 1985. *Protection of Public Water Supplies from Groundwater Contamination*, EPA-625/4-85-016, Center for Environmental Research Information, Cincinnati, Ohio.

Waste Management (WM), June 2001. *Groundwater, Surface Water, Leachate and Sampling Standard, prepared by Waste Management.*

WM, February 6, 2003. Letter correspondence to RWQCB regarding Resampling Results for MWH-24, Redwood Landfill, Novato, California.

WM, April 10, 2003. Letter correspondence to RWQCB regarding Redwood Landfill, Inc. (Redwood) Alluvial Wells MWH-25 and MWH-25R.

WM, May 11, 2003. Letter correspondence to RWQCB regarding Supplemental Groundwater Monitoring and Leachate Management Program, Redwood Landfill, Novato, California.

WM, July 8, 2003. Letter correspondence to RWQCB regarding Results of Supplemental Sampling for Constituents of Concern, Redwood Landfill, Novato, California.

WM, January 13, 2004. Letter correspondence to RWQCB regarding Detection in Bay Mud Well at Redwood Landfill, Inc. (Redwood).

WM, February 2, 2004. Notification of Initial Evidence of Statistical Increase, Second Semiannual 2003 Groundwater Monitoring, Redwood Landfill, Novato, California.

WM, February 3, 2004. Letter correspondence to RWQCB regarding Resampling Results for MWH-18, Redwood Landfill, Novato, California.

WM, February 23, 2004.  Letter correspondence to RWQCB regarding Confirmation of Statistical Increase for Total Iron in Wells MWH-24 and MWH-25R, Redwood Landfill, Novato, California.

WM, July 8, 2004.  Letter correspondence to RWQCB regarding Detection in Bay Mud Wells MWH-09 and MWH-18 at Redwood Landfill, Marin County, California.

WM, August 23, 2004.  Letter correspondence to RWQCB regarding Resampling Results for MWH-09 and MWH-18, Redwood Landfill, Novato, California.

WM, December 14, 2004.  Letter correspondence to RWQCB regarding Detection of Volatile Organic Compounds, Second Semiannual 2004 Monitoring Event at Redwood Landfill, Marin County, California.

WM, January 20, 2005.  Letter correspondence to RWQCB regarding Resampling Results, Volatile Organic Compounds, Second Semiannual 2004 Monitoring Event at Redwood Landfill, Marin County, California.