IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH,

Plaintiff,

v.

WASTE MANAGEMENT INC.,

Defendant.
_____/

No. C 07-05058 WHA

**REQUEST RE ORAL ARGUMENT**

For the hearing on December 20, 2007, defendants should be prepared to address, under oath if necessary, whether a SWPPP was in fact on file with the EPA prior to this action being commenced, and if so, whether any trade secret issue would have encumbered its access by the public. Plaintiffs should be prepared to address why it did not attempt to access the SWPPP through the EPA pursuant to 33 U.S.C. 1318(b).

Dated: December 17, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE