**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 20, 2007

Case No.  C 07-05058 WHA

Title: NO CALIFORNIA RIVERWATCH  v. WASTE MANAGEMENT

Plaintiff Attorneys: Jerry Bernhaut

Defense Attorneys: John Lynn Smith; Joonsik Maing; Jessica Jones

Deputy Clerk:  Dawn Toland             Court Reporter: Joan Columbini

**PROCEEDINGS**

1)     Motion to Dismiss - Taken Under Submission

2)  

Continued to __ for Motion

Continued to __ for Pretrial Conference

Continued to __ for Jury Trial

**ORDERED AFTER HEARING:**