1  John Lynn Smith (SBN 154657)
   Email:  jlsmith@reedsmith.com
2  Eric M. McLaughlin (SBN 200867)
   Email:  emclaughlin@reedsmith.com
3  Joonsik Maing (SBN 240927)
   Email:  jmaing@reedsmith.com
4  REED SMITH LLP
   1999 Harrison Street, Suite 2400
5  Oakland, CA  94612-3572

6  **Mailing Address:**
   P.O. Box 2084
7  Oakland, CA  94604-2084

8  Telephone:    +1 510 763 2000
   Facsimile:    +1 510 273 8832
9

   Attorneys for Defendant
10 REDWOOD LANDFILL, INC.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13 NORTHERN CALIFORNIA RIVER WATCH, a      No.: C-07-5058 WHA
   non-profit corporation,
14                                         **CERTIFICATE OF SERVICE**
                Plaintiff,
15                                         Compl. Filed:    October 1, 2007
        vs.
16                                         Honorable William Alsup
   WASTE MANAGEMENT INC., REDWOOD
17 LANDFILL, INC. and DOES 1-10, inclusive,

18              Defendants.

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On December 31, 2007, I served the following document(s) by the method indicated below:

- **DEFENDANT REDWOOD LANDFILL, INC.'S ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF, CIVIL PENALTIES RESTITUTION AND REMEDIATION;**

- **DEMAND FOR JURY TRIAL**

☐ by transmitting via facsimile on this date from fax number +1 510 273 8832 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

Jack Silver, Esq.  
Law Office of Jack Silver  
Jerry Bernhaut, Esq.  
P. O. Box 5469  
Santa Rosa, CA 95402-8175

Northern California River Watch

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on December 31, 2007, at Oakland, California.

Renee Pelusi

DOCSOAK-9896082.1