John Lynn Smith (SBN 154657)
Email: jlsmith@reedsmith.com
Eric M. McLaughlin (SBN 200867)
Email: emclaughlin@reedsmith.com
Joonsik Maing (SBN 240927)
Email: jmaing@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:   +1 510 763 2000
Facsimile:    +1 510 273 8832

Attorneys for Defendant
REDWOOD LANDFILL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WASTE MANAGEMENT INC., REDWOOD LANDFILL, INC. and DOES 1-10, inclusive,<br><br>Defendants. | No.: C-07-5058 WHA<br><br>**REDWOOD LANDFILL, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>**[FRCP 7.1(a)]** |

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Redwood Landfill, Inc., by and through its counsel of record, hereby discloses as follows:

1. USA Waste of California, Inc. is the parent corporation of Redwood Landfill, Inc.; and

2. There is no publicly traded corporation that owns ten percent (10%) or more of Redwood Landfill, Inc.'s stock.

DATED: January 3, 2008.

        REED SMITH LLP

        By  /s/John Lynn Smith
           John Lynn Smith
           Attorneys for Defendant
           Redwood Landfill, Inc.