Jack Silver, Esq. SBN 160575
Jerry Bernhaut, Esq. SBN 206264
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.    (707) 528-8175
Fax.    (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br>v.<br>WASTE MANAGEMENT, INC., REDWOOD LANDFILL, INC. and DOES 1-10, Inclusive,<br><br>Defendants. | **CASE NO.  C07-05058 WHA**<br><br>DECLARATION OF LARRY L. RUSSELL, Ph.D., P.E. IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME FOR FACT DISCOVERY<br><br>Ctrm:    9, 19th floor<br>Judge:   Hon. Wm. H. Alsup |

I, Dr. Larry Russell, declare as follows:

1. I have personal knowledge of the facts stated herein and if called upon to testify about them, I could do so competently under oath.

2. I have a Ph.D. in Sanitary Engineering with minors in Hydrology and Chemistry from the University of California at Berkeley, a Masters Degree in Sanitary Engineering from the University of California at Berkeley and a Bachelors Degree in Civil Engineering from the University of California at Berkeley.

3. I currently serve as Director of the Marin Municipal Water District - Division V.

4. My areas of expertise include applied environmental chemistry and engineering as related to concerns in air, water and soil, with special emphasis on surface and ground water

hydrology, storm water runoff and pollutant fate and behavior in ground water, and hazardous material management.

5. I have extensive applied hydrology and hydrogeology project experience, including the evaluation of over 100 ground water site cleanups through the United States. Recent projects have involved the evaluation of surface and ground water hydrology at several large land disposal facilities in the Southern San Joaquin Valley area with flows on the order of 20 million gallons per day. These projects have involved extensive evaluation of salt loading and the impact of land disposal systems on the ground water resources of the area. These evaluations have been ongoing since 1990 and have resulted in substantial modification of ground water monitoring requirements for the dischargers.

6. My previous environmental projects included extensive Clean Water Act litigation throughout the State of California ranging from the control of acid mine drainage at over 50 sites to the enforcement of NPDES discharge permits.

7. I have discussed with Jack silver, attorney for Plaintiff Northern California River Watch, possible approaches to sampling the surface and ground waters adjacent to the Redwood Landfill in Novato, California, to determine whether pollutants from the Landfill are released into surrounding waters, in regard to the current litigation with the owners and operators of the Landfill.

8. With regard to the Case Management Order issued by the Court in this case, setting the last date for disclosure of full expert reports as September 26, 2008, it is critically necessary to obtain the most accurate information regarding the impacts of the Landfill on surrounding waters, and to extend the discovery period to include the time of year when the first significant rains fall, which is generally early November, but possibly later. Because contaminants accumulate in land and water during the dry period from April to October, the time immediately after the first rains, known as "first flush", is the time when sampling is

C07-05058 WHA
DECLARATION OF LARRY L. RUSSELL, PH.D., P.E.                                              2

most likely to reveal local offsite deposits of contaminants in nearby waters. It is also necessary to allow sufficient time for analysis and review of sampling data.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct of my own knowledge and as to those matters stated on information and belief, I belief them to be true.

Executed this 25th day of January, 2008 at Tiburon, California.

_____
LARRY L. RUSSELL, PhD., P.E.

C07-05058 WHA
DECLARATION OF LARRY L. RUSSELL, PH.D., P.E.                                    3