Jack Silver, Esq. SBN 160575
Jerry Bernhaut, Esq. SBN 206264
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.        (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br>v.<br><br>WASTE MANAGEMENT, INC., REDWOOD LANDFILL, INC. and DOES 1-10, Inclusive,<br><br>Defendants | CASE NO.  C07-05058 WHA<br><br>DECLARATION OF MARK A. VALENTINI, Ph.D., IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME FOR FACT DISCOVERY<br><br>Ctrm:        9, 19th floor<br>Judge:       Hon. Wm. H. Alsup |

I, Mark A. Valentini, declare as follows:

1. I have personal knowledge of the facts stated herein and if called upon to testify about them, I could do so competently under oath.

2. I currently work at Analytical Sciences, 110 Liberty Street, Petaluma, California, 707-789-3218, as the Laboratory Director, and hold a Ph.D. in Analytical Chemistry from the University of Wisconsin in Madison.

3. I founded Analytical Sciences in 1995 after 20 years of professional experience most of which has been focused on environmental chemistry. Analytical Sciences has been continuously certified by the California Department of Health Services (certificates #2303, #2614). I have

C07-05058 WHA
DECLARATION OF MARK VALENTINI                                                                                 1

1  significant experience designing and conducting water quality sampling protocols to determine the impact of potential sources of pollution on nearby bodies of water.

4. I have discussed with attorneys for Northern California River Watch Jack Silver and Jerry Bernhaut, possible approaches to sampling the surface and ground waters adjacent to the Redwood Landfill in Novato, California to determine whether pollutants from the Landfill are released into surrounding waters.

5. With regard to the Case Management Order issued by the Court in this matter, setting the last date for disclosure of full expert reports as September 26, 2008 would prevent collection of critical analytical data. It is necessary, in order to obtain specific and key information regarding the impacts of the Landfill on surrounding waters, to extend the discovery period to include the time of year when the first significant rain falls, which is generally early November but occasionally earlier or later. Contaminants are accumulated in soils and waters during the dry period from April through October when the Landfill is most active. When the very first significant rains occur, often referred to as to the "first flush", concentrated contaminants can migrate into nearby receiving waters allowing the nature and extent of specific chemical contaminants to be revealed by analytical testing. Sufficient time for chemical analysis and data review after the onset of the "first flush" event should also be folded into a consideration for the extension of the discovery period.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct of my own knowledge and as to those matters stated on information and belief, I belief them to be true.

Executed this 28 day of January, 2008 at Petaluma, California.

_Mark A. Valentini_
MARK A. VALENTINI, Ph.D.

C07-05058 WHA
DECLARATION OF MARK VALENTINI                                                                 2