Jack Silver, Esq. SBN 160575
Law Office of Jack Silver
Jerry Bernhaut, Esq. SBN 206264
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel. (707) 528-8175
Fax: (707) 542-7139
lhm28843@sbcglobal.net

Attorneys for Plaintiff
Northern California River Watch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>Plaintiff,<br>v.<br><br>WASTE MANAGEMENT, INC., REDWOOD LANDFILL INC., and DOES 1-10, Inclusive,<br><br>Defendants. | **CASE NO. C07-05058 WHA**<br><br>[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME FOR FACT DISCOVERY<br><br>[L. CIV. R. 6-3]<br><br>Ctrm: 9, 19th floor<br>Judge: Hon. Wm. H. Alsup |

The Motion for Plaintiff NORTHERN CALIFORNIA RIVER WATCH to extend time for fact discovery came on regularly for consideration before this Court. For good cause shown:

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED** and that the following litigation schedule be adopted:

1. Cut off date for non- expert discovery and last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) ("opening reports") - **December 26, 2008**

2. Disclosure of "opposition reports" - **Fourteen Calendar Days after December 26, 2008**

3. Disclosure of reply reports - **Seven Calendar Days Thereafter.**

4. Cutoff for all expert discovery - **Fourteen Calendar Days** after the deadline for reply reports.

5. Last day to serve list of issues for expert testimony - **28 Calendar Days Before December 26, 2008.**

6.  Final Pretrial Conference - approximately **April 12, 2009**

7.  July Trial - approximately **April 26, 2009**

**IT IS SO ORDERED**.

DATED: _____

WILLIAM H. ALSUP, Judge
U.S. DISTRICT COURT