IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH,

    Plaintiff,

  v.

REDWOOD LANDFILL INC.,

    Defendant.
                             /

No. C 07-05058 WHA

**ORDER DENYING MOTION TO EXTEND TIME FOR FACT DISCOVERY**

      Because no good cause has been shown, plaintiff's motion to extend time for fact discovery is **DENIED**. The case management schedule shall remain the same.

      **IT IS SO ORDERED.**

Dated: January 31, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE