IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH,
a non-profit corporation,

    Plaintiff,

  v.

WASTE MANAGEMENT INC., REDWOOD
LANDFILL, INC., AND does 1–10, inclusive,

    Defendants.

No. C 07-05058 WHA

**ORDER DENYING SECOND REQUEST TO EXTEND DATES BY SIXTY DAYS**

Per Mediator Quinn's telephonic request for a sixty-day extension of the dates in the case management conference, that request is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE