IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH,
a non-profit corporation,

    Plaintiff,

  v.

WASTE MANAGEMENT INC., REDWOOD
LANDFILL, INC., AND does 1–10, inclusive,

    Defendants.

No. C 07-05058 WHA

**NOTICE**

    Even though the Court denied the parties' request (through Mediator Quinn from JAMS) to continue all pretrial deadlines in the case management order because no reason was given in the voice mail, if a written request is made showing specific good cause, then the Court may allow a short continuance.

**IT IS SO ORDERED.**

Dated: March 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE