Jack Silver, Esq. SBN 160575
Jerry Bernhaut, Esq. SBN 206264
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WASTE MANAGEMENT, INC., REDWOOD LANDFILL, INC. and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | **CASE NO.  C08-01686 SI**<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION [Civ. L.R. 3-12, 7-1] |
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REDWOOD LANDFILL, INC., and DOES 1 - 10, Inclusive,<br><br>　　　　　Defendants　　　　　　　　/ | **CASE NO: C07-05058 WHA** |

　　　　Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related [Civ. L.R. 3-12, 7-11] came on for hearing before this Court.   Having read the documents submitted in support of and in opposition to the Administrative Motion and having considered any arguments of counsel, the Court finds that justice requires that Plaintiff's Motion is **GRANTED**.

1  **IT IS HEREBY ORDERED,** that Case. No. C08- 01686 SI is related to Case No. C07-05058

2  WHA. Both cases are hereby assigned to Honorable William H. Alsup.

3  **IT IS FURTHER ORDERED AS FOLLOWS:**

7  DATED:_____

_____
WILLIAM H. ALSUP
8  UNITED STATES DISTRICT JUDGE