John Lynn Smith (SBN 154657)
(E-Mail: jlsmith@reedsmith.com)
Julia C. Butler (SBN 199133)
(E-Mail: jbutler@reedsmith.com)
Joonsik Maing (SBN 240927)
Email:  jmaing@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:    +1 510 763 2000
Facsimile:     +1 510 273 8832

Attorneys for Defendant
REDWOOD LANDFILL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDWOOD LANDFILL INC. and DOES 1-10, inclusive,<br><br>Defendants. | No.: C-07-5058 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT REDWOOD LANDFILL, INC.'S REQUEST TO STAY FORMAL DISCOVERY AND CONTINUE PRETRIAL DEADLINES AND TRIAL DATE**<br><br>Honorable William Alsup |

The Court has reviewed Defendant Redwood Landfill, Inc.'s Request to Continue Pretrial Deadlines and Trial Date filed on April 2, 2008.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that formal discovery is stayed for sixty (60) days from the date of this order and the pretrial deadlines and trial date are continued as follows:

October 29, 2008:  Last day to exchange list of issues.

November 26, 2008:  Close of non-expert discovery and last day for designation of expert testimony.

December 10, 2008:  Disclosure of responsive expert reports.

[Proposed] Order Granting Defendant Redwood Landfill, Inc.'s Request To Continue Pretrial Deadlines And Trial Date

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    December 17, 2008:  Disclosure of rebuttal expert reports.

2    December 31, 2008:  Close of expert discovery.

3    January 6, 2009:  Last day to file dispositive motions.

4    March 9, 2009, 2:00 p.m.:  Final pretrial conference.

5    March 23, 2009, 7:30 a.m.:  Jury Trial.

6

7    **IT IS SO ORDERED.**

8    DATE:  April __, 2008

9                                        _____

10                                       Honorable William H. Alsup
                                          United States District Court Judge