IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>WASTE MANAGEMENT INC., REDWOOD LANDFILL, INC., AND does 1–10, inclusive,<br><br>    Defendants.<br>                                                                    / | No. C 07-05058 WHA<br><br>**ORDER DENYING REQUEST TO STAY FORMAL DISCOVERY AND CONTINUE PRETRIAL DEADLINES AND TRIAL DATE** |

Good cause has not been shown, so the request to stay formal discovery and to continue pretrial deadlines and trial date is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 3, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE