IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH,
a non-profit corporation,

    Plaintiff,

  v.

WASTE MANAGEMENT INC., REDWOOD LANDFILL, INC., AND does 1–10, inclusive,

    Defendants.

No. C 07-05058 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE IN LETTER OF MAY 21, 2008**

    The Court is in receipt of plaintiff's letter of May 21, 2008, concerning a discovery dispute. The parties are **ORDERED** to appear at **NOON ON THURSDAY, MAY 29, 2008**, for a meet-and-confer to be held in the Court's jury room. Any unresolved item(s) shall be heard by the Court following its civil calendar sometime at **4:00 P.M.** Defendant's response to plaintiff's letter is due by **9:00 A.M. ON MAY 27, 2008.**

    **IT IS SO ORDERED.**

Dated: May 21, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE