**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>May 29, 2008</u>

Case No.  <u>C 07-05058 WHA</u>

Title: <u>NORTHERN CA RIVER WATCH</u> v. <u>REDWOOD LANDFILL</u>

Plaintiff Attorneys: Jack Silver; Joseph Bernhaut

Defense Attorneys: Julia Butler

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Kathy Powell</u>

**PROCEEDINGS**

1)   <u>Discovery Dispute - HELD</u>

2)   <u>                                                                                </u>


Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Parties arrived at 12:00 noon to meet and confer, without the Court, in an attempt to resolve the discovery items.  Parties appeared at 3:15pm for a hearing on the remaining unresolved discovery items.

By 6/2/08, defendant shall submit a proposed order with the rulings.

Plaintiff shall give defendant a list of the discovery request by 6/1/08; parties should meet and confer re list by 6/9/08.  Defendant will then have until 6/16 to file a formal motion to compel on a 35-day track. By 7/3/08, defendant shall send plaintiff a letter to tell them if they are relying on work product. Parties have 30 days to make an election.