# ReedSmith

Reed Smith LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612-3572
+1 510 763 2000
Fax +1 510 273 8832
reedsmith.com

**Julia C. Butler**
Direct Phone: +1 510 466 6829
Email: Jbutler@reedsmith.com

July 16, 2008

The Honorable William H. Alsup
United States District Court
Northern District of California
Courtroom 9, 19th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:    **Northern California River Watch v. Redwood Landfill, Inc.**
       **Case No. C-07-5058 WHA; Case No. C-08-1686 WHA**

Dear Judge Alsup:

This firm represents defendants in the above-referenced matters.  Submitted concurrently with this letter is a fully executed Consent Decree which represents the parties' settlement of both of the above-referenced matters.  The parties would appreciate the Court's review and approval of the attached Consent Decree.  The Clean Water Act requires plaintiff to give notice of, and an opportunity to comment upon, the Consent Decree to the EPA and the Attorney General.  33 U.S.C. § 1365(c)(3); 40 C.F.R. § 135.5(b).  As a result, pursuant to the Clean Water Act, the Court may not enter the Consent Decree until forty-five (45) days after receipt of the Consent Decree by the aforementioned agencies.  Id. The parties do not yet know the date upon which these agencies will receive a copy of the Consent Decree, but will notify the Court of the date on which this forty-five (45) day deadline expires in a subsequent letter.

There is a case management conference in Case No. C-08-1686 scheduled for tomorrow, July 17, 2008 at 3:30 p.m.  Because the parties have reached a settlement and lodged the Consent Decree, the parties request that the Court take the case management conference off calendar or allow the parties to appear tomorrow by telephone.

We appreciate the Court's attention to these matters and its consideration of our request.

Very truly yours,

Julia C. Butler
Counsel for Defendants

cc:  Jack Silver (counsel for plaintiff)

Enclosure

NEW YORK ◆ LONDON ◆ HONG KONG ◆ CHICAGO ◆ WASHINGTON, D.C. ◆ BEIJING ◆ PARIS ◆ LOS ANGELES ◆ SAN FRANCISCO ◆ PHILADELPHIA ◆ PITTSBURGH
OAKLAND ◆ MUNICH ◆ ABU DHABI ◆ PRINCETON ◆ NORTHERN VIRGINIA ◆ WILMINGTON ◆ BIRMINGHAM ◆ DUBAI ◆ CENTURY CITY ◆ RICHMOND ◆ GREECE