# Law Office of Jack Silver

P.O. Box 5469   Santa Rosa, California 95402-5469
Phone 707-528-8175        Fax 707-528-8675
warrioreco@yahoo.com



September 5, 2008

Hon. William H. Alsup
United States District Court
Northern District of California
450 Golden Gate Avenue
Dept. 9, 15th Floor
San Francisco, CA 94102

Re:   *Northern California River Watch v. Waste Management, Inc., et al*
      Case No. C07-05058 WHA

Dear Judge Alsup:

A Consent Decree was filed with the Court on July 16, 2008 in the above-captioned matter. The 45-day time period for comments has now expired; therefore, in accordance with the terms of the Consent Decree, Plaintiff herewith requests that the Court enter the Consent Decree at this time.

Thank you.

                                        Sincerely,

                                        Jack Silver

JS:lhm
cc:   Julia Butler, Esq.
      John Lynn Smith, Esq.
      Andrew M. Kenefick, Esq.