# ReedSmith

Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
+1 415 543 8700
Fax +1 415 391 8269
reedsmith.com

**Julia C. Butler**
Direct Phone:  +1 415 659 4762
Email: Jbutler@reedsmith.com

October 7, 2009

The Honorable William H. Alsup
United States District Court
Northern District of California
Courtroom 9, 19th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   **Northern California River Watch v. Redwood Landfill, Inc.**
        **Case No. C-07-5058 WHA; Case No. C-08-1686 WHA**

Dear Judge Alsup:

On or about October 20, 2008, this Court entered a consent decree in the above-referenced matters.  That consent decree required defendant Redwood Landfill, Inc. to conduct an annual audit to determine compliance with its permits and water quality laws or regulations within one year of the entry of the Consent Decree.  Because Redwood Landfill, Inc. is combining the audit required by the Consent Decree with another audit of its facility, Redwood asks the Plaintiff to agree to a short extension of the deadline to complete the audit required by the Consent Decree.  Plaintiff agreed to the extension requested.

The Consent Decree provides that it may be changed by a writing duly executed by authorized representatives of all Parties to the Consent Decree and the Court.  Thus, the Parties executed the attached First Amendment to Consent Decree to provide for the extension of the deadline by which to complete the requisite audit and ask the Court to review and execute the Amendment as well.

We appreciate the Court's consideration of the Parties' request.  Please contact us if you should have any questions about this matter or need additional information.

Very truly yours,

Julia C. Butler
Counsel for Defendants

cc:  Jack Silver (counsel for plaintiff)

Enclosure
US_ACTIVE-102450616.1

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

1   Jack Silver (SBN 160575)
    lhm28843@sbcglobal.net
2   Jerry Bernhaut (SBN 206264)
    Law Office of Jack Silver
3   Post Office Box 5469
    Santa Rosa, CA  95402-5469
4   Telephone:     707 528 8175
    Facsimile:     707 528 8675
5
    Attorneys for Plaintiff
6   Northern California River Watch

7   John Lynn Smith (SBN 154657)
    Email:  jlsmith@reedsmith.com
8   Julia C. Butler (SBN 199133)
    Email:  jbutler@reedsmith.com
9   REED SMITH LLP
    101 Second Street, Suite 1800
10  San Francisco, CA  94105
    Telephone:     +1 415 543 8700
11  Facsimile:     +1 415 391 8269

12  Attorneys for Defendant
    Redwood Landfill, Inc.

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15  NORTHERN CALIFORNIA RIVER WATCH, a       Nos.: C07-5058
16  non-profit corporation,                        C08-1686

17                  Plaintiff,           **FIRST AMENDMENT TO CONSENT
                                          DECREE**
18          vs.
                                          Honorable William Alsup
19  WASTE MANAGEMENT, INC., REDWOOD
    LANDFILL, INC., and DOES 1 - 10, inclusive,
20
                  Defendants.
21
22  **A.      BACKGROUND**
23
24          1.      On or about October 20, 2008, the Court entered the Consent Decree in this action in

25  which, among other things, Redwood Landfill, Inc. ("RLI") agreed to conduct an annual audit to

26  determine compliance with its permits and any laws or regulations related to water quality within

27  one year of the effective date of the Consent Decree.  The parties to the Consent Decree are Plaintiff

28  Northern California River Watch ("NCRW"), Defendant Redwood Landfill, Inc. and Waste

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Management, Inc. ("WMI").  NCRW, RLI and WMI are collectively referred to herein as the

2   Parties.

3

4        2.      The Consent Decree set a deadline by which RLI must complete the compliance

5   audit.  As a permitting requirement associated with its recent expansion, RLI is required to complete

6   a third-party environmental compliance audit of its Solid Waste Facilities Permit, and has agreed to

7   include all water quality-related permits in this audit program.  The compliance audit is anticipated

8   to be completed by December 18, 2009.  In order to avoid duplicative compliance audits, RLI has

9   requested from NCRW a short extension of the deadline for completing the audit required by the

10  Consent Decree.

11

12       3.      As a result, the Parties now desire to amend the Consent Decree to set a new deadline

13  by which RLI must complete the compliance audit.

14

15       4.      The Consent Decree provides that it may be changed by a writing duly executed by

16  authorized representatives of all Parties to the Consent Decree and the Court.

17

18       NOW THEREFORE, with the consent of the Parties to this Consent Decree, it is

19  ORDERED, ADJUDGED AND DECREED that the Consent Decree be amended as follows:

20

21  **2.      Compliance Audit**

22

23       The first sentence of Section C.2. is hereby deleted and replaced with the following:

24

25       2. By December 18, 2009, and repeated once within thirteen (13) months thereafter,

26  RLI will conduct an annual audit to determine compliance with its permits and any laws or

27  regulations related to water quality by an independent auditor mutually agreeable to the Parties and

28  will provide NCRW with copies of any compliance reports generated by the independent auditor

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  within thirty (30) days of their receipt by RLI for a period of three (3) years of the Effective Date of

2  this Consent Decree.

3

4      Except as modified by this Amendment, the Consent Decree shall remain unchanged and in

5  full force and effect.

6

7  **SO AGREED AND STIPULATED:**

8  Dated: 10/5/09                          NORTHERN CALIFORNIA RIVER WATCH

9

10 By _Jerry Bernhaut Attorney_

11                                              (Title)

12 Dated: _____            REDWOOD LANDFILL, INC.

13                                         By: _____

14                                              (Title)

15 Dated: _____            WASTE MANAGEMENT, INC.

16                                         By: _____

17                                              (Title)

18 **IT IS SO ORDERED.**

19     Dated and entered into on _____ October 13, 2009

20

21

22     UNITED STAT...

23 US_ACTIVE-102407470.1

24

*Seal: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA · IT IS SO ORDERED · Judge William Alsup*

First Amendment to Consent Decree

Case Nos. C07-5058; C08-1686

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    within thirty (30) days of their receipt by RLI for a period of three (3) years of the Effective Date of

2    this Consent Decree.

3

4            Except as modified by this Amendment, the Consent Decree shall remain unchanged and in

5    full force and effect.

6

7        **SO AGREED AND STIPULATED:**

8

9    Dated: _____          NORTHERN CALIFORNIA RIVER WATCH

10                                    By_____
                                                                    (Title)
11

12   Dated: *October 5, 2009*          REDWOOD LANDFILL, INC.

13                                     By: _____
                                          Vice President & Assistant Secretary  (Title)
14

15   Dated: *October 5, 2009*          WASTE MANAGEMENT, INC.

16                                     By: _____
                                                                    (Title)
17                                        Vice President & Assistant Secretary

18

19       **IT IS SO ORDERED.**

20           Dated and entered into on _____.

21

22                                     _____
                                       UNITED STATES DISTRICT JUDGE
23   US_ACTIVE-102407470.1

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware